UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES MAHONEY and TINA MAHONEY, h/w: | : | |
| | : | C.A. No.: 05-CV- 163 (GMS) |
| Plaintiffs | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| BENJAMIN BANNEKER ELEMENTARY | : | COMPLAINT |
| SCHOOL and MILFORD SCHOOL DISTRICT: | | |
| | : | |
| Defendants | : | |

### PRAECIPE TO CORRECT DEFENDANTS' ADDRESS

Please correct the address of the Defendants to read:

Benjamin Benneker Elementary School
449 North Street
Milford, DE 19963

Milford School District
906 Lakeview Avenue
Milford, DE 19963

FRANK, ROSEN, SNYDER & MOSS, L.L.P.

By: _____
MARC H. SNYDER, ESQUIRE
(Attorney for Plaintiffs)

Dated: 3-21-05

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

James & Tina Mahoney h/w

**Alias**
**SUMMONS IN A CIVIL CASE**

V.

Benjamin Banneker Elementary School and
Milford School District

CASE NUMBER: 05 163 (Gms)

TO: (Name and address of Defendant)

Benjamin Banneker Elementary School
449 North Street
Milford, DE  19963

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc H. Snyder, Esquire
Frank, rosen, Snyder & Moss, L.L.P.
8380 Old York Road, Suite 410
Elkins Park, PA  19027

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                              3-24-05

CLERK                                            DATE

_Beth Dure_
(By) DEPUTY CLERK