ALAN L. FRANK*+=
LANCE S. ROSEN*+
MARC H. SNYDER †*+
DANIEL L. MOSS*+
ALEXANDER J. PALAMARCHUK*‡
SAMANTHA A. MILLROOD*+
KYLE M. KULZER*+
THOMAS J. BOGAR*+
GAIL A. WEILHEIMER*+
JILL B. LEVY *+
CHRISTOPHER D. GASDA*
MARSHALL D. BLEEFELD*+

OF COUNSEL
JOEL J. FISHBEIN*+

PARALEGALS
DEBRA E. MCGUCKIN
JUDITH A. TAIMANGLO
JENNIFER L. THOMPSON
HOLLY L. PERLOFF

* MEMBER PA BAR
+ MEMBER NJ BAR
† MEMBER DE BAR
‡ MEMBER OF WV BAR
= MEMBER OF NY BAR

# FRANK, ROSEN, SNYDER & MOSS, L.L.P.
## Attorneys at Law

8380 OLD YORK ROAD
SUITE 410
ELKINS PARK, PA 19027
(215) 935-1000
FAX NO. (215) 935-1110

**NEW JERSEY OFFICE**

1040 NORTH KINGS HIGHWAY
SUITE 202
CHERRY HILL, NJ 08034
(856) 321-1120
FAX NO. (856) 321-1233

**DELAWARE OFFICE**

1813 MARSH ROAD
SUITE D
WILMINGTON, DELAWARE 19810
(302) 475-8060
FAX NO. (302) 475-8182

**SOUTHAMPTON OFFICE**

LAKE SIDE OFFICE PARK
206 LAKESIDE DRIVE
SOUTHAMPTON, PENNSYLVANIA 18966
(215) 935-1000
FAX NO. (215) 935-1110

**BRISTOL OFFICE**

132 MILL STREET
BRISTOL, PENNSYLVANIA 19007
(215) 788-6110
FAX NO. (215) 788-6256

**BLUE BELL OFFICE**

1360 DEKALB PIKE
BLUE BELL, PENNSYLVANIA 19422
(610) 270-9500
FAX NO. (215) 239-8300

**E-MAIL ADDRESS:**
msnyder@frankandrosenlaw.com

April 28, 2005

Delaware State District Court
Clerk of Court
844 N. King Street, Lock Box 18
Wilmington, DE 19808

05-163 GMS

Re:  James & Tina Mahoney v. Benjamin Banneker Elementry School and Milford School District

Dear Sir/Madam:

Enclosed please find the original and one (1) copy of a Return of Service for each of the Defendants in the above-referenced matter. Kindly file each Return of Service and return a file stamped copy to me in the enclosed, stamped, self-addressed envelope.

Thank you in advance for your attention to this matter.

Very truly yours,

MARC H. SNYDER

MHS/jlt
Enclosure

Case 1:05-cv-00163-GMS    Document 3    Filed 04/28/2005    Page 2 of 2