%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____   District of   _____Delaware_____

James & Tina Mahoney h/w

                                                 Alias
                                    **SUMMONS IN A CIVIL CASE**

             V.

Benjamin Banneker Elementary School and
Milford School District

                            CASE NUMBER:  05 163 (GMS)


TO: (Name and address of Defendant)

    Benjamin Banneker Elementary School
    449 North Street
    Milford, DE  19963


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Marc H. Snyder, Esquire
    Frank, rosen, Snyder & Moss, L.L.P.
    8380 Old York Road, Suite 410
    Elkins Park, PA  19027

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                             4-8-05

CLERK                                               DATE

(By) DEPUTY CLERK

Case 1:05-cv-00163-GMS    Document 5    Filed 05/05/2005    Page 2 of 4



Case 1:05-cv-00163-GMS    Document 5    Filed 05/05/2005    Page 2 of 4

⸺AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  4-15-05 FRIDAY @ 12:40 PM |
| NAME OF SERVER (PRINT)  EDDIE VIDAL | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  BUSINESS SVC - JEAN WILLIE

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-15-05
                   Date

Signature of Server

Information Retrieval Services
P.O. BOX 268
GEORGETOWN, DE 19947

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.