IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>    Plaintiffs,<br><br>v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT,<br><br>    Defendants. | :<br>:<br>:    C.A. No. 05-163<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**AFFIDAVIT OF SERVICE**

    I, William L. Doerler, Esquire, certify that the Answer to Complaint, DN 6, was hand-filed and served on May 5, 2005, and hereby request that the Motion be backdated to May 5, 2005.

                                                     */s/ William L. Doerler*
                                                     William L. Doerler (DE# 3627)
                                                     White and Williams LLP
                                                     824 N. Market Street, Suite 902
                                                     P.O. Box 709
                                                     Wilmington, DE 19899-0709
                                                     Phone: 302-467-4508
                                                     Fax:   302-467-4548
                                                     Attorney for Defendants

Dated:  May 9, 2005