IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES MAHONEY and TINA MAHONEY, h/w | ) | |
| | ) | |
| Plaintiffs | ) | CIVIL ACTION NO.  05-CV-163 |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN BANNEKER ELEMENTARY SCHOOL and MILFORD SCHOOL DISTRICT | ) ) | TRIAL JURY OF TWELVE DEMANDED |
| | ) | |
| Defendants | ) | **E-FILE** |
| | ) | |

# ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of **WILLIAM L. DOERLER**, Esquire on behalf of defendants Benjamin Banneker Elementary School and Milford School District.

**WHITE AND WILLIAMS LLP**

　　　/s/ William L. Doerler　　　
WILLIAM L. DOERLER (#3627)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801
(302) 467-4508
*Attorney for Defendants*

DOCS_DE 110597v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and TINA MAHONEY, h/w ) | |
| ) | CIVIL ACTION NO. 05-CV-163 |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | TRIAL JURY OF TWELVE |
| BENJAMIN BANNEKER ELEMENTARY ) | DEMANDED |
| SCHOOL and MILFORD SCHOOL DISTRICT ) | |
| ) | **E-FILE** |
| Defendants ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, William L. Doerler, Esquire, do hereby certify that on this 11th day of May, 2005 two (2) copies of the foregoing **ENTRY OF APPEARANCE** were delivered via First Class Mail, postage prepaid upon:

Marc H. Snyder, Esquire
Frank, Rosen, Snyder & Moss, LLP
1813 Marsh Road, Suite D
Wilmington, DE  19810

**WHITE AND WILLIAMS LLP**

/s/ William L. Doerler
WILLIAM L. DOERLER (#3627)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801
(302) 467-4508
*Attorney for Defendants*