IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES MAHONEY & TINA MAHONEY h/w  :
        Plaintiffs,              :
                                    :     C.A. No. 05-163 GMS
        v.                                :
                                    :
BENJAMIN BANNEKER ELEMENTARY  :
SCHOOL & MILFORD SCHOOL DISTRICT  :
        Defendants             :

## PLAINTIFFS' ANSWER TO DEFENDANTS' COUNTERCLAIM

40 - 44.  Denied. To the extent that the allegations contained in paragraphs 40 through 44 are deemed to be allegations of fact, they are denied and strict proof is demanded at trial. To the extent the allegations contained in paragraphs 40 through 44 are deemed to be conclusions of law, no response is required.

                                      FRANK, ROSEN, SNYDER & MOSS, L.L.P.

                    By:  _____
                              MARC H. SNYDER, ESQUIRE
                              (Attorney for Plaintiffs)

Dated: ___5-16-05___

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY & TINA MAHONEY h/w : | |
| Plaintiffs, : | |
| : | C.A. No. 05-163 |
| v. : | |
| : | |
| BENJAMIN BANNEKER ELEMENTARY : | |
| SCHOOL & MILFORD SCHOOL DISTRICT : | |
| Defendants : | |

## CERTIFICATE OF SERVICE

I, Marc H. Snyder, Esquire, hereby certify that I served a true and correct copy of Plaintiffs'

Answer to Defendants' Counterclaim by first class U.S. mail, postage prepaid upon the following:

William L. Doerler
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

FRANK, ROSEN, SNYDER & MOSS, L.L.P.

By: _____
MARC H. SNYDER, ESQUIRE
(Attorney for Plaintiffs)

Dated: 5-16-05