IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and <br> TINA MAHONEY, h/w <br>       Plaintiffs <br><br> v. <br><br> BENJAMIN BANNEKER ELEMENTARY SCHOOL and MILFORD SCHOOL DISTRICT <br>       Defendants, Third-Party Plaintiffs <br><br> v. <br><br> PLYMOUTH ENVIRONMENTAL CO., INC. <br>       Third-Party Defendants | CIVIL ACTION NO. 05-163 <br><br> TRIAL JURY OF TWELVE DEMANDED <br><br> **E-FILE** |

**DEFENDANTS, THIRD-PARTY PLAINTIFFS BENJAMIN BANNEKER ELEMENTARY SCHOOL'S AND MILFORD SCHOOL DISTRICT'S MOTION FOR DEFAULT JUDGMENT**

1. Plaintiffs in this case filed their Complaint on March 17, 2005, alleging that Tina Mahoney was injured at the Benjamin Banneker Elementary School on July 15, 2003. Plaintiffs contend that Defendants were negligent for, *inter alia*, failing to inspect, correct, maintain and/or repair the steps on which Ms. Mahoney contends she tripped. Exh. A (Complaint, Count I).

2. On May 13, 2005, Defendants filed a Third-Party Complaint against Plymouth Environmental Co., Inc. *See* Dkt. #9; Exh. B (Third-Party Complaint). Defendants served the Third-Party Complaint pursuant to the waiver of service provisions of F.R.C.P. 4(d). *See* Exh. C (Waiver of Service Form). James Kelly, President of Plymouth Environmental (Plymouth), signed the Waiver of Service form on June 8, 2005. *Id.* As indicated in the Waiver of Service form signed by Mr. Kelly, Plymouth had 60 days from May 13, 2005, or until July 13, 2005, to file an Answer to the Third-Party Complaint. To date, Plymouth has not filed an Answer or

otherwise appeared in this matter. *See* Exh. D (Dkt. Sheet printed Aug. 10, 2005). An affidavit in support of this motion is attached hereto as Exhibit E.

3. Based upon the foregoing, Defendants, Third-Party Plaintiffs ask the Court to enter Default Judgment in their favor on the Third-Party Complaint. Defendants also ask that the Court find that to the extent that Defendants are found liable to Plaintiff, that Third-Party Defendant is also liable, and must indemnify Defendants for any liability of Defendants to Plaintiffs. Defendants also ask that Plymouth be ordered to pay Defendants' costs.

            Respectfully submitted,

            WHITE AND WILLIAMS, LLP

            */s/ William L. Doerler*
            WILLIAM L. DOERLER
            Bar ID. # 3627
            P.O. Box 709
            Wilmington, DE 19899-0709
            302-467-4508
            Attorney for Defendants, Third-Party Plaintiffs Benjamin Banneker Elementary, and Milford School District

Date: August 10, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>       Plaintiffs<br><br>v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>       Defendants, Third-Party<br>       Plaintiffs<br><br>v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>       Third-Party Defendants | CIVIL ACTION NO. 05-163<br><br><br>TRIAL JURY OF TWELVE<br>DEMANDED<br><br>**E-FILE** |

### ORDER

WHEREAS this _____ day of _____, 2005, having considered the Motion for Default Judgment filed by Defendants, Third-Party Plaintiffs Benjamin Banneker Elementary School and Milford School District (Defendants), and it appears to the Court that the Third-Party Complaint has been properly filed and served, and

WHEREAS Plymouth Environmental Co., Inc. (Plymouth) has not entered an appearance in this case or filed an Answer to the Third-Party Complaint,

IT IS HEREBY ORDERED that default judgment shall be entered against Plymouth as follows: if Defendants are found liable to Plaintiff, as alleged in the Complaint, Plymouth shall be deemed to also have been negligent as a matter of law, and shall indemnify Defendants for their share of any liability Defendants have to Plaintiffs. If Defendants are found to be liable to Plaintiffs, apportionment of liability for all parties shall be determined at trial. Plymouth shall pay Defendants' costs associated with filing and prosecuting their Third-Party Complaint.

-2-

IT IS SO ORDERED.

_____
JUDGE GREGORY M. SLEET

DOCS_DE 114564v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>      Plaintiffs<br><br>v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>      Defendants, Third-Party<br>      Plaintiffs<br><br>v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>      Third-Party Defendants | CIVIL ACTION NO. 05-163<br><br><br>TRIAL JURY OF TWELVE<br>DEMANDED<br><br>**E-FILE** |

**CERTIFICATE OF SERVICE**

    I, William L. Doerler, Esquire, do hereby certify that on this 10th day of August, 2005 two (2) copies of the foregoing **DEFENDANTS, THIRD-PARTY PLAINTIFFS BENJAMIN BANNEKER ELEMENTARY SCHOOL'S AND MILFORD SCHOOL DISTRICT'S MOTION FOR DEFAULT JUDGMENT** were delivered via E-file and First Class Mail, postage prepaid upon:

Marc H. Snyder, Esquire
Frank, Rosen, Snyder & Moss, LLP
8380 Old York Road, Suite 410
Elkins Park, PA  19027

                                                      WHITE AND WILLIAMS, LLP

                                                      /s/ William L. Doerler
                                                      WILLIAM L. DOERLER
                                                      Bar ID. # 3627
                                                      P.O. Box 709
                                                      Wilmington, DE 19899-0709
                                                      302-467-4508
                                                      Attorney for Defendants, Third-Party
                                                      Plaintiffs Benjamin Banneker
                                                      Elementary, and Milford School
                                                      District