# Exhibit D

## U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00163-GMS

| | |
|---|---|
| Mahoney et al v. Benjamin Banneker Elementary School et al | Date Filed: 03/18/2005 |
| Assigned to: Honorable Gregory M. Sleet | Jury Demand: Both |
| Cause: 28:1332 Diversity-Personal Injury | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**James Mahoney**  represented by  **Marc H. Snyder**
Frank Rosen Snyder & Moss, LLP
1813 Marsh Road
Suite D
Wilmington, DE 19810
(302) 475-8060
Fax: (302) 475-8182
Email: msnyder@frankandrosenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tina Mahoney**
*h/w*  represented by  **Marc H. Snyder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Benjamin Banneker Elementary School**  represented by  **William L. Doerler**
White & Williams
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424
Email: doerlerw@whiteandwilliams.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Milford School District**  represented by  **William L. Doerler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Benjamin Banneker Elementary School**  represented by **William L. Doerler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Milford School District**  represented by **William L. Doerler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**James Mahoney**  represented by **Marc H. Snyder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Tina Mahoney**
*h/w*  represented by **Marc H. Snyder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Benjamin Banneker Elementary School**

**ThirdParty Plaintiff**

**Milford School District**

V.

**ThirdParty Defendant**

**Plymouth Environmental Co Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2005 | 1 | COMPLAINT filed with Jury Demand against Benjamin Banneker Elementary School, Milford School District - Magistrate Consent Notice mailed to Pltf. ( Filing fee $ 250, receipt number 138524.) - filed by James Mahoney, Tina Mahoney. (Attachments: # 1 Civil Cover Sheet) (els, ) (Entered: 03/18/2005) |
| 03/18/2005 |  | Summons Issued as to Benjamin Banneker Elementary School on 3/18/2005; Milford School District on 3/18/2005. (els, ) (Entered: |

|            |    |                                                                                                                                                                                                                                                                                                   |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 03/18/2005)                                                                                                                                                                                                                                                                                        |
| 03/23/2005 |    | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 03/23/2005)                                                                                                                                 |
| 03/25/2005 | 2  | PRAECIPE to Correct Defendants' address filed by Marc H. Snyder on behalf of James Mahoney, Tina Mahoney requesting Clerk to issue, Alias Summons Reissued as to Benjamin Benneker Elementary School on behalf of James Mahoney, Tina Mahoney. (asw ) (Entered: 04/07/2005)                        |
| 04/08/2005 |    | Alias Summons Reissued as to Benjamin Banneker Elementary School, dated 4/8/05.Deputy Clerk mailed summons to firm's office in Elkins Park, PA per request for service on defendant.(rbe, ) (Entered: 04/08/2005)                                                                                   |
| 04/28/2005 | 3  | Letter to the Court from Mark Snyder enclosing copies of return of service for the Defendants. (asw ) (Entered: 05/04/2005)                                                                                                                                                                        |
| 05/04/2005 | 4  | SUMMONS Returned Executed by James Mahoney, Tina Mahoney. Milford School District served on 4/15/2005, answer due 5/5/2005. (asw ) (Entered: 05/05/2005)                                                                                                                                            |
| 05/05/2005 | 5  | SUMMONS Returned Executed by James Mahoney, Tina Mahoney. Benjamin Banneker Elementary School served on 4/15/2005, answer due 5/5/2005. (asw ) (Entered: 05/05/2005)                                                                                                                                |
| 05/09/2005 | 6  | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against James Mahoney, Tina Mahoney by Benjamin Banneker Elementary School, Milford School District.(Doerler, William) (Entered: 05/09/2005)                                                                                                     |
| 05/09/2005 | 7  | AFFIDAVIT of William L. Doerler, Esq. re 6 Answer to Complaint, Counterclaim - *Affidavit of Service* filed by Benjamin Banneker Elementary School, Milford School District. (Doerler, William) (Entered: 05/09/2005)                                                                               |
| 05/11/2005 | 8  | NOTICE of Appearance by William L. Doerler on behalf of all defendants (Doerler, William) (Entered: 05/11/2005)                                                                                                                                                                                    |
| 05/13/2005 | 9  | THIRD PARTY COMPLAINT against Plymouth Environmental Co., Inc.- filed by Benjamin Banneker Elementary School, Milford School District. (Attachments: # 1 Exhibit A)(Doerler, William) (Entered: 05/13/2005)                                                                                         |
| 05/18/2005 | 10 | ANSWER to Counterclaim by James Mahoney, Tina Mahoney.(mmm) (Entered: 05/18/2005)                                                                                                                                                                                                                  |
| 06/15/2005 | 11 | WAIVER OF SERVICE returned executed by Benjamin Banneker Elementary School, Milford School District, Benjamin Banneker Elementary School, Milford School District, Benjamin Banneker Elementary School, Milford School District: For Plymouth Environmental Co Inc. waiver sent on 5/13/2005, answer due 7/12/2005. (Doerler, William) (Entered: 06/15/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/10/2005 08:39:30 | | | |
| PACER Login: | ww0136 | Client Code: | 0016869-d0107-2303 |
| Description: | Docket Report | Search Criteria: | 1:05-cv-00163-GMS Start date: 1/1/1970 End date: 8/10/2005 |
| Billable Pages: | 2 | Cost: | 0.16 |