# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>　　　　　Plaintiffs<br><br>　　v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>　　　　　Defendants, Third-Party<br>　　　　　Plaintiffs<br><br>　　v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>　　　　　Third-Party Defendants | )<br>)<br>) CIVIL ACTION NO. 05-163<br>)<br>)<br>)<br>)<br>) TRIAL JURY OF TWELVE<br>) DEMANDED<br>)<br>) **E-FILE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT

**STATE OF DELAWARE**　　　　:
　　　　　　　　　　　　　　　: SS.
**COUNTY OF NEW CASTLE**　　:

**BE IT REMEMBERED** that on this 10th day of August, 2005, personally came before me, the Subscriber, a Notary Public for the State and County aforesaid, William L. Doerler, Esquire, who, being duly sworn according to law did say and certify that:

　　1.　I am the attorney for Defendant, Third-Party Plaintiffs Benjamin Banneker Elementary School and Milford School District.

　　2.　The party against whom judgment is sought is not an infant or an incompetent person.

　　3.　The facts contained in the Motion for Default Judgment are true to the best of my knowledge and belief.

-2-

4. Third-Party Defendant Plymouth Environmental Co., Inc., has made a default in appearance in this action.

*/s/ Farley*

**SWORN AND SUBSCRIBED** before me this 10th of August, 2005.

*/s/ Vicki L. Farley*
NOTARY PUBLIC

VICKI L. FARLEY
STATE OF DELAWARE
NOTARY PUBLIC
My Commission Expires Sep. 26, 2007