IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY, et al. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| BENJAMIN BANNEKER | ) |
| ELEMENTARY SCHOOL, et al. | ) |
| | ) |
| Defendants | ) |

Civil Action No. 05-163 GMS

## ORDER

WHEREAS, on March 18, 2005, the plaintiffs filed a Complaint against the above-captioned defendants;

WHEREAS, on May 9, 2005, an Answer and Counterclaim to the Complaint was filed by the defendants;

WHEREAS, on May 13, 2005, a third-party Complaint was filed by the defendants against Plymouth Environmental Co., Inc.;

WHEREAS, June 15, 2005, a waiver of service was returned executed as to the third-party defendant Plymouth Environmental Co., Inc.  The waiver was sent on May 13, 2005, and the answer was due on July 12, 2005;

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the third-party defendant;

WHEREAS, on August 10, 2005, the third-party plaintiffs filed a Motion for Default Judgment against the third-party Defendant Plymouth Environmental Co., Inc.;

IT IS HEREBY ORDERED that:

1.  The Clerk of Court will enter a default in appearance pursuant to Federal Rule of Civil Procedure 55(a) against the third-party defendant Plymouth Environmental Co., Inc.

August 25, 2005

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE