IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES MAHONEY, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-163 GMS |
| | ) | |
| BENJAMIN BANNEKER | ) | |
| ELEMENTARY SCHOOL, et al. | ) | |
| | ) | |
| Defendants | ) | |

## ENTRY OF DEFAULT

It appearing from the file in this office that a waiver of service was returned executed as to the third-party defendant Plymouth Environmental Co., Inc. on June 15, 2005, and that said third-party defendant has failed to file a pleading or otherwise defend, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: August 25, 2005                         /s/
By: Marie McDavid, Deputy Clerk