IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and <br> TINA MAHONEY, h/w <br><br> Plaintiffs <br><br> v. <br><br> BENJAMIN BANNEKER ELEMENTARY <br> SCHOOL and MILFORD SCHOOL DISTRICT <br><br> Defendants, Third-Party <br> Plaintiffs <br><br> v. <br><br> PLYMOUTH ENVIRONMENTAL CO., INC. <br><br> Third-Party Defendants | CIVIL ACTION NO. 05-163 GMS <br><br><br> TRIAL JURY OF TWELVE <br> DEMANDED <br><br> **E-FILE** |

### NOTICE OF SERVICE

I, William L. Doerler, Esquire, do hereby certify that on this 15th day of September, 2005 one copy of the foregoing DEFENDANT BENJAMIN BANNEKER ELEMENTARY SCHOOL'S AND MILFORD SCHOOL DISTRICT'S FEDERAL RULE OF CIVIL PROCEDURE RULE 26 DISCLOSURE via First Class Mail, postage prepaid and/or via E-File & Serve upon:

Marc H. Snyder, Esquire
Frank, Rosen, Snyder & Moss, LLP
8380 Old York Road, Suite 410
Elkins Park, PA 19027

                                                 WHITE AND WILLIAMS, LLP

                                                 WILLIAM L. DOERLER
                                                 Bar ID. # 3627
                                                 P.O. Box 709
                                                 Wilmington, DE 19899-0709
                                                 302-467-4508
                                                 *Attorney for Defendants, Third-Party*
                                                 *Plaintiffs Benjamin Banneker*
                                                 *Elementary School and Milford*
                                                 *School District*