IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>　　　　Defendants, Third-Party<br>　　　　Plaintiffs<br><br>　　v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>　　　　Third-Party Defendants | CIVIL ACTION NO. 05-163 GMS<br><br><br>TRIAL JURY OF TWELVE DEMANDED<br><br>E-FILE |

**NOTICE OF SERVICE**

I, William L. Doerler, Esquire, do hereby certify that on this 19th day of September, 2005 one copy of the foregoing **DEFENDANT BENJAMIN BANNEKER ELEMENTARY SCHOOL'S AND MILFORD SCHOOL DISTRICT'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS** via First Class Mail, postage prepaid and/or via E-File & Serve upon:

Marc H. Snyder, Esquire
Frank, Rosen, Snyder & Moss, LLP
8380 Old York Road, Suite 410
Elkins Park, PA 19027

　　　　　　　　　　　　　　　　　　　　　WHITE AND WILLIAMS, LLP

　　　　　　　　　　　　　　　　　　　　　WILLIAM L. DOERLER
　　　　　　　　　　　　　　　　　　　　　Bar ID. # 3627
　　　　　　　　　　　　　　　　　　　　　P.O. Box 709
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-0709
　　　　　　　　　　　　　　　　　　　　　302-467-4508
　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants, Third-Party*
　　　　　　　　　　　　　　　　　　　　　*Plaintiffs Benjamin Banneker Elementary*
　　　　　　　　　　　　　　　　　　　　　*School and Milford School District*