IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>　　　　Defendants, Third-Party<br>　　　　Plaintiffs<br><br>　　v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>　　　　Third-Party Defendants | )<br>)<br>)　CIVIL ACTION NO. 05-163 GMS<br>)<br>)<br>)<br>)　TRIAL JURY OF TWELVE DEMANDED<br>)<br>)　E-FILE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

I, William L. Doerler, Esquire, do hereby certify that on this 19th day of September, 2005 one copy of the foregoing DEFENDANT BENJAMIN BANNEKER ELEMENTARY SCHOOL'S AND MILFORD SCHOOL DISTRICT'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES via First Class Mail, postage prepaid and/or via E-File & Serve upon:

Marc H. Snyder, Esquire
Frank, Rosen, Snyder & Moss, LLP
8380 Old York Road, Suite 410
Elkins Park, PA  19027

　　　　　　　　　　　　　　　　　　　　WHITE AND WILLIAMS, LLP

　　　　　　　　　　　　　　　　　　　　_/s/ William L. Doerler_
　　　　　　　　　　　　　　　　　　　　WILLIAM L. DOERLER
　　　　　　　　　　　　　　　　　　　　Bar ID. # 3627
　　　　　　　　　　　　　　　　　　　　P.O. Box 709
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-0709
　　　　　　　　　　　　　　　　　　　　302-467-4508
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants, Third-Party Plaintiffs Benjamin*
　　　　　　　　　　　　　　　　　　　　*Banneker Elementary School and Milford School District*