IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| BENJAMIN BANNEKER ) | |
| ELEMENTARY SCHOOL, *et al.*, ) | |
| ) | |
| Defendants, Third-Party ) | C.A. No. 05-163 (GMS) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| PLYMOUTH ENVIRONMENTAL CO., ) | |
| INC., ) | |
| ) | |
| Third-Party Defendants. ) | |

**ORDER**

WHEREAS default pursuant to Fed. R. Civ. P. 55(a) was entered against third-party defendant, Plymouth Environmental Co., Inc., on August 25, 2005 (D.I. 14);

WHEREAS the defendants filed a motion for default judgment, in which they request the following relief:

> Defendants . . . ask that the Court find that to the extent that Defendants are found liable to Plaintiff, that Third-Party Defendant is also liable, and must indemnify Defendants for any liability of Defendants to Plaintiffs. Defendants also ask that Plymouth be ordered to pay Defendants' costs.

(D.I. 12 at 2);

WHEREAS the court believes it is premature to assess damages given the current posture of the case; and

WHEREAS the court will deny the defendants' motion, without prejudice as to their ability

to re-file the motion at a more appropriate time, such as when (and if) the defendants are found liable to the plaintiffs.

IT IS HEREBY ORDERED THAT:

The defendants' motion for default judgment (D.I. 12) be DENIED without prejudice.

Dated: October 7, 2005

UNITED STATES DISTRICT JUDGE

FILED

OCT 7 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE