IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br>　　　Plaintiffs<br><br>v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br>　　　Defendants, Third-Party<br>　　　Plaintiffs<br><br>v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br>　　　Third-Party Defendants | CIVIL ACTION NO. 05-163 GMS<br><br><br><br><br>TRIAL JURY OF TWELVE<br>DEMANDED<br><br><br>**E-FILE** |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of James Mahoney on **Tuesday, January 17, 2006** beginning at 10:00 a.m. in the offices of William L. Doerler, Esquire, White and Williams LLP, 824 N. Market Street, Suite 902, Wilmington, Delaware. The deposition will be recorded by stenographic means.

　　　　　　　　　　　　　　　　　　WHITE AND WILLIAMS LLP

　　　　　　　　　　BY:
　　　　　　　　　　　　/s/ William L. Doerler
　　　　　　　　　　　　WILLIAM L. DOERLER (#3627)
　　　　　　　　　　　　824 N. Market Street, Suite 902
　　　　　　　　　　　　P.O. Box 709
　　　　　　　　　　　　Wilmington, DE  19899-0709
　　　　　　　　　　　　Phone: 302.467.4508
　　　　　　　　　　　　*Attorney for Defendants, Third-Party Plaintiffs*
cc: Wilcox & Fetzer　　　　　*Benjamin Banneker Elementary School and*
　　　　　　　　　　　　*Milford School District*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br>　　　Plaintiffs<br><br>v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br>　　　Defendants, Third-Party<br>　　　Plaintiffs<br><br>v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br>　　　Third-Party Defendants | CIVIL ACTION NO. 05-163 GMS<br><br><br>TRIAL JURY OF TWELVE<br>DEMANDED<br><br>**E-FILE** |

## CERTIFICATE OF SERVICE

I, William L. Doerler, Esquire, do hereby certify that on this 30th day of November, 2005 one copy of the foregoing **DEFENDANTS, THIRD-PARTY PLAINTIFFS BENJAMIN BANNEKER ELEMENTARY SCHOOL'S AND MILFORD SCHOOL DISTRICT'S NOTICE OF DEPOSITION** were delivered via First Class Mail, postage prepaid and/or via E-File & Serve upon:

Marc H. Snyder, Esquire
Frank, Rosen, Snyder & Moss, LLP
8380 Old York Road, Suite 410
Elkins Park, PA 19027

　　　　　　　　　　　　　　　　　WHITE AND WILLIAMS LLP


　　　　　　　　　　　BY:　/s/ William L. Doerler
　　　　　　　　　　　　　　WILLIAM L. DOERLER (#3627)
　　　　　　　　　　　　　　824 N. Market Street, Suite 902
　　　　　　　　　　　　　　P.O. Box 709
　　　　　　　　　　　　　　Wilmington, DE 19899-0709
　　　　　　　　　　　　　　Phone: 302.467.4508
　　　　　　　　　　　　　　*Attorney for Defendants, Third-Party Plaintiffs*
　　　　　　　　　　　　　　*Benjamin Banneker Elementary School and*
　　　　　　　　　　　　　　*Milford School District*