IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>      Plaintiffs<br><br>v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>      Defendants, Third-Party<br>      Plaintiffs<br><br>v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>      Third-Party Defendants | CIVIL ACTION NO. 05-163 GMS<br><br>TRIAL JURY OF TWELVE<br>DEMANDED<br><br>**E-FILE** |

## **NOTICE OF SERVICE**

    I, William L. Doerler, Esquire, do hereby certify that on this 22nd day of December, 2005 a copy the foregoing **DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFFS** were delivered via First Class Mail, postage prepaid and/or E-File and Serve upon:

Marc H. Snyder, Esquire
Frank, Rosen, Snyder & Moss, LLP
8380 Old York Road, Suite 410
Elkins Park, PA  19027

-2-

WHITE AND WILLIAMS LLP

BY: /s/ William L. Doerler
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.467.4508
*Attorney for Defendants, Third-Party Plaintiffs Benjamin Banneker Elementary School and Milford School District*