IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>   Plaintiffs<br><br>v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>   Defendants, Third-Party<br>   Plaintiffs<br><br>v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>   Third-Party Defendants | )<br>)<br>) CIVIL ACTION NO. 05-163 GMS<br>)<br>)<br>)<br>)<br>) TRIAL JURY OF TWELVE<br>) DEMANDED<br>)<br>) **E-FILE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

  I, William L. Doerler, Esquire, do hereby certify that on this 22nd day of December, 2005 a copy the foregoing **DEFENDANTS' FIRST REQUEST FOR PRODUCTION TO PLAINTIFFS** were delivered via First Class Mail, postage prepaid and/or E-File and Serve upon:

Marc H. Snyder, Esquire
Frank, Rosen, Snyder & Moss, LLP
8380 Old York Road, Suite 410
Elkins Park, PA 19027

WHITE AND WILLIAMS LLP

BY: /s/ William L. Doerler
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.467.4508
*Attorney for Defendants, Third-Party Plaintiffs Benjamin Banneker Elementary School and Milford School District*