IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>Plaintiffs<br><br>v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>Defendants, Third-Party<br>Plaintiffs<br><br>V.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>Third-Party Defendants | C.A. No.:   05-163 GMS<br><br>TRIAL JURY OF TWELVE<br>DEMANDED |

### NOTICE OF SERVICE

I, Marc H. Snyder, Esquire, do hereby certify that on this 24th day of January, 2006, one copy of the foregoing PLAINTIFFS' ANSWERS TO REQUEST FOR PRODUCTION OF DOCUMENTS OF DEFENDANTS BENJAMIN BANNEKER ELEMENTARY SCHOOL AND MILFORD SCHOOL DISTRICT, via First Class Mail, postage prepaid and/or via E-File & Serve was served upon:

William L. Doerler, Equire
P. O. Box 709
Wilmington, DE 19899-0709

FRANK, ROSEN, SNYDER & MOSS, L.L.P.

BY: _____
Marc H. Snyder
Supreme Court I.D. No. 3791
1813 Marsh Road, Suite D
Wilmington, DE 19810
(302) 475-8060
Attorney for plaintiffs