IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>　　　　Defendants, Third-Party<br>　　　　Plaintiffs<br><br>　　V.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>　　　　Third-Party Defendants | :<br>:<br>:<br>:　C.A. No.:　　05-163 GMS<br>:<br>:<br>:　TRIAL JURY OF TWELVE<br>:　DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, Marc H. Snyder, Esquire, do hereby certify that on this 27th day of January, 2006, one copy of the foregoing PLAINTIFFS' ANSWERS TO INTERROGATORIES OF DEFENDANTS BENJAMIN BANNEKER ELEMENTARY SCHOOL AND MILFORD SCHOOL DISTRICT, via First Class Mail, postage prepaid and/or via E-File & Serve was served upon:

　　　　　　　　William L. Doerler, Equire
　　　　　　　　P. O. Box 709
　　　　　　　　Wilmington, DE  19899-0709


　　　　　　FRANK, ROSEN, SNYDER & MOSS, L.L.P.

BY:　　　_____
　　　　　　Marc H. Snyder
　　　　　　Supreme Court I.D. No. 3791
　　　　　　1813 Marsh Road, Suite D
　　　　　　Wilmington, DE  19810
　　　　　　(302) 475-8060
　　　　　　Attorney for plaintiffs