IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and <br> TINA MAHONEY, h/w <br>     Plaintiffs <br><br> v. <br><br> BENJAMIN BANNEKER ELEMENTARY <br> SCHOOL and MILFORD SCHOOL DISTRICT <br>     Defendants, Third-Party <br>     Plaintiffs <br><br> v. <br><br> PLYMOUTH ENVIRONMENTAL CO., INC. <br>     Third-Party Defendants | ) <br> ) <br> ) CIVIL ACTION NO. 05-163 GMS <br> ) <br> ) <br> ) <br> ) <br> ) TRIAL JURY OF TWELVE <br> ) DEMANDED <br> ) <br> ) **E-FILE** <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF RECORDS DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the records deposition of AIG Insurance on **Tuesday, February 28, 2006** beginning at 10:00 a.m. in the offices of William L. Doerler, Esquire, White and Williams LLP, 824 N. Market Street, Suite 902, Wilmington, Delaware 19801.

    * A subpoena <u>duces</u> <u>tecum</u> has been issued requesting copies **of** the entire worker's compensation claim file for Claim #7727955, including but not limited to medical payments, wage payments, permanency awards, and payments, log notes, investigative reports, accords, loss notices, medical records, payment records, correspondence, telephone logs, related to an accident involving Tina Mahoney, as an employee of Plymouth Environmental Co., Inc.

<u>NOTE</u>: Please note that personal appearance is waived if the requested records and the affidavit of substitute compliance are received in this office on or before the date of the scheduled deposition.

- 2 -

WHITE AND WILLIAMS LLP


BY: /s/ William L. Doerler
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Phone: 302.467.4508
*Attorney for Defendants, Third-Party Plaintiffs*
*Benjamin Banneker Elementary School and*
*Milford School District*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and <br> TINA MAHONEY, h/w <br> Plaintiffs <br> <br> v. <br> <br> BENJAMIN BANNEKER ELEMENTARY <br> SCHOOL and MILFORD SCHOOL DISTRICT <br> Defendants, Third-Party <br> Plaintiffs <br> <br> v. <br> <br> PLYMOUTH ENVIRONMENTAL CO., INC. <br> Third-Party Defendants | CIVIL ACTION NO.  05-163 GMS <br> <br> <br> <br> <br> TRIAL JURY OF TWELVE <br> DEMANDED <br> <br> **E-FILE** |

**CERTIFICATE OF SERVICE**

    I, William L. Doerler, Esquire, do hereby certify that on this 14th day of February, 2006 one copy of the foregoing **NOTICE OF RECORDS DEPOSITION** were delivered via First Class Mail, postage prepaid and/or via E-File & Serve upon:

Marc H. Snyder, Esquire
Frank, Rosen, Snyder & Moss, LLP
8380 Old York Road, Suite 410
Elkins Park, PA  19027

                                            WHITE AND WILLIAMS LLP

                                      BY:    /s/ William L. Doerler
                                                  WILLIAM L. DOERLER (#3627)
                                                  824 N. Market Street, Suite 902
                                                  P.O. Box 709
                                                  Wilmington, DE  19899-0709
                                                  Phone: 302.467.4508
                                                  *Attorney for Defendants, Third-Party Plaintiffs*
                                                  *Benjamin Banneker Elementary School and*
                                                 *Milford School District*