IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>        Plaintiffs<br><br>   v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>        Defendants, Third-Party<br>        Plaintiffs<br><br>   v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>        Third-Party Defendants | CIVIL ACTION NO. 05-163 GMS<br><br>TRIAL JURY OF TWELVE<br>DEMANDED<br><br>**E-FILE** |

## NOTICE OF SERVICE

    I, William L. Doerler, Esquire, do hereby certify that on this 16th day of March, 2006 one copy of the foregoing **DEFENDANT'S REQUEST FOR PRODUCTION DIRECTED TO THIRD-PARTY DEFENDANT PLYMOUTH ENVIRONMENTAL CO., INC.** were delivered via First Class Mail, postage prepaid and/or via E-File & Serve upon:

| | |
|---|---|
| Marc H. Snyder, Esquire<br>Frank, Rosen, Snyder & Moss, LLP<br>8380 Old York Road, Suite 410<br>Elkins Park, PA  19027 | Plymouth Environmental Co., Inc.<br>923 Haws Ave.<br>Norristown, PA 19401 |

**Error! Unknown document property name.**

- 2 -

                    WHITE AND WILLIAMS LLP

BY:    /s/ William L. Doerler
        WILLIAM L. DOERLER (#3627)
        824 N. Market Street, Suite 902
        P.O. Box 709
        Wilmington, DE  19899-0709
        Phone: 302.467.4508
        *Attorney for Defendants, Third-Party Plaintiffs Benjamin Banneker Elementary School and Milford School District*

**Error! Unknown document property name.**