UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY & TINA MAHONEY, h/w : <br> : <br> Plaintiffs : <br> : <br> v. : <br> : <br> MILFORD SCHOOL DISTRICT BOARD : <br> OF EDUCATION : <br> : <br> Defendant : | C.A. No.:    05-CV-163 |

## NOTICE OF DEPOSITION

TO:  William L. Doerler, Esquire
     White and Williams, LLP
     824 N. Market St., Ste. 902
     Wilmington, DE 19899-0709

PLEASE TAKE NOTICE that on Tuesday, April 11, 2006 at 6:00 p.m. the deposition of Duane Camby, will be held at White and Williams, LLP, 824 Market Street, Suite 902, Wilmington, DE 19899, upon oral examination, pursuant to the Federal Rules of Civil Procedure, before a Notary Public or some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

Rosen, Moss, Snyder & Bleefeld, L.L.P.

By: _____
    Marc H. Snyder, Esquire
    (Attorney for Plaintiffs)

Dated: 3-29-06