IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>          Plaintiffs<br>   v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>          Defendants, Third-Party<br>          Plaintiffs<br>   v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>          Third-Party Defendants | CIVIL ACTION NO. 05-163 GMS<br><br><br><br><br><br>TRIAL JURY OF TWELVE<br>DEMANDED<br><br><br>**E-FILE** |

**ORDER**

WHEREAS this _____ day of _____, 2006, having considered the Motion for Summary Judgment filed by Defendant, Third-Party Plaintiff Milford School District Board of Education (Defendant) and the response thereto, it is hereby ordered that Defendant's motion is **GRANTED**. Defendant did not owe Plaintiff, an employee of an independent contractor, a duty to warn of obvious conditions. Even if Defendant owed Plaintiff a duty, decisions regarding maintenance involve judgment and the use of the term "shall" in 14 *Del. C.* § 1055 is directory, not mandatory. Plaintiff's claim, therefore, involves discretionary, rather than ministerial acts. Thus, Defendants are entitled to invoke the protections of the State Tort Claims Act, 10 *Del. C.* § 4001. Pursuant to the State Tort Claims Act, Defendants are immune from suit in this case. The Court, therefore, grants summary judgment in Defendant's favor.

      IT IS SO ORDERED.

                                                                  _____
                                                                  JUDGE GREGORY M. SLEET