# EXHIBIT 1

**W&F**
WILCOX & FETZER LTD.

In the Matter Of:

# Mahoney

v.

# Benjamin Banneker Elementary School and Milford School District

C.A. # 05-163 GMS

Transcript of:

John W. Marinucci

February 13, 2006

Wilcox & Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: lhertzog@wilfet.com
Internet: www.wilfet.com

Case 1:05-cv-00163-GMS    Document 36-3    Filed 05/19/2006    Page 3 of 7

Mahoney                                              v. Benjamin Banneker Elementary School and Milford School District
John W. Marinucci          C.A. # 05-163 GMS                    February 13, 2006

Page 6

1  January 9th -- I'm sorry -- January 6th of 2006.
2  Q.  Could you provide me a summary of your job
3  description as director of operations?
4  A.  My responsibilities were school construction.
5  I handled all the construction projects and at the
6  time we had four of the five schools were either under
7  construction, either total reconstruction or
8  renovations.
9  Q.  So it would be new construction or renovations?
10 A.  Yes, sir.
11 Q.  Okay.
12 A.  The technology department reported to me.  The
13 facilities aspect of food service, which is child
14 nutrition, reported to me.
15 Q.  How many schools are in the Milford School
16 District?
17 A.  Five schools and one administration building.
18     The maintenance department reported to me
19 as well.
20 Q.  Just briefly, what's your educational
21 background?
22 A.  I have a bachelor's degree in business
23 administration.  I have a master's degree in business
24 administration.  And I have a doctorate degree in

Page 7

1  educational leadership.
2      I'm a Certified Fraud Examiner and I'm a
3  Certified Internal Auditor.
4      I'm also a Certified Playground Inspector.
5  Q.  Aside from Mr. Doerler or anybody from his
6  office, have you spoken to anybody in preparation for
7  your deposition?
8  A.  No, sir.
9  Q.  Have you reviewed any documents in preparation
10 for your deposition?
11 A.  Yes.  I have reviewed the contract with Harvard
12 Environmental and I have reviewed some of the
13 documents from Harvard Environmental and some of the
14 documents between the school district and Plymouth
15 Environmental.  And that was with Mr. Doerler.
16 Q.  I sent out interrogatories.
17 A.  I would like to back up for a minute.
18     I have spoken with Wes Morrison from
19 Harvard Environmental about the case.
20 Q.  Who is Wes Morrison and when did you speak to
21 him and what did you speak to him about?
22 A.  I spoke to him about the case, about the nature
23 of the case and we met with Mr. Doerler in his office
24 about the case.

Page 8

1  When was that?  I can't recall the exact
2  date of that.  It was over the summer.  I would say
3  June, July, to gather information.
4  Q.  Who is Wes Morrison?
5  A.  The owner of Harvard Environmental.  I don't
6  know his exact title.  I think he might be the
7  president.
8  Q.  Have you spoken to Mr. Morrison since your
9  meeting with Mr. Doerler and Mr. Morrison back in the
10 summer about this case?
11 A.  No.
12 Q.  I sent out interrogatories, which is a fancy
13 word for questions.  You were identified as the lead
14 contact person for the school district on the asbestos
15 abatement program.
16 A.  Mm-hmm.
17 Q.  Is that accurate?
18 A.  Yes.
19 Q.  You were also identified as having knowledge of
20 the scope of the responsibility for Plymouth
21 Environmental and Harvard Environmental.  Is that
22 accurate?
23 A.  Yes.
24 Q.  You were also identified as having information

Page 9

1  regarding the bidding and contract procedures for the
2  project?
3  A.  Yes.
4  Q.  And you were also identified as having
5  knowledge as to the condition of the school when it
6  was turned over to Plymouth?
7  A.  Yes.
8  Q.  Explain to me, if you could, just give me a
9  general overview of the asbestos abatement program.
10 A.  I can't speak to 100 percent of what the
11 asbestos was in the building, but I do know that we
12 had some asbestos floor tile that had to be removed.
13 We had some asbestos insulation on pipes that was in
14 the walls that had to be removed.
15     And I can't recall what else was in the
16 building, but there may have been some other areas of
17 asbestos that needed to be removed.  There was some
18 asbestos, like a tarry substance in the gym floor,
19 underneath the floor that had to be removed.  I recall
20 that.
21 Q.  And when was the last time this school was used
22 for educational purposes?
23 A.  I don't recall the date of the last class, but
24 we finished school that year and we basically started

Case 1:05-cv-00163-GMS   Document 36-3   Filed 05/19/2006   Page 4 of 7

Mahoney                                                v. Benjamin Banneker Elementary School and Milford School District
John W. Marinucci            C.A. # 05-163 GMS                          February 13, 2006

Page 10

1  asbestos abatement right away after that. I mean
2  within a couple of weeks after that we started
3  asbestos abatement and then from there we started
4  tearing the building down. It didn't sit dormant for
5  even a couple of months. It went right away.
6     Q. Give me an idea of how large the school is.
7     A. It's about 65,000 square feet, roughly, 64,
8  65,000.
9     Q. One building?
10    A. Yes. It had been added onto several times, but
11 it was one building.
12    Q. Prior to this asbestos removal project, how
13 many asbestos projects were you previously involved
14 in?
15    A. Small jobs. Just a couple.
16    Q. And would this be for the small jobs, would
17 this be during your employment with the Milford School
18 District?
19    A. Yes.
20    Q. And if you could just elaborate a little bit?
21 What kind of jobs were you involved in?
22    A. Floor tile removal, we had floor tile removal
23 at our high school. We also had floor tile removal at
24 another elementary school. As we were performing a

Page 11

1  renovation at our high school, we found some Transite
2  panels that needed to be removed, which is a type of
3  insulating panel that has asbestos in it.
4     Q. Were either Plymouth Environmental or Harvard
5  involved in any of these prior jobs?
6     A. No, sir. We had other companies involved.
7     Q. Were the schools in the prior jobs -- I'm
8  inferring there were two prior jobs. Is that
9  accurate?
10    A. That I'm talking about, that I mentioned, yes.
11 I mean, the Milford School District had several, many
12 different abatement jobs, but I was directly involved
13 with three abatement jobs that I can speak of before
14 this one.
15    Q. Three jobs, okay.
16       In the prior three abatement jobs were the
17 schools renovated in each job?
18    A. Yes.
19    Q. Whose decision was it not to renovate this job,
20 the elementary school?
21    A. The Milford School Board. That decision was
22 made before I was hired by the school district.
23    Q. So before 2000 there was a decision that the
24 Banneker Elementary School was going to be not

Page 12

1  renovated?
2     A. A new school was going to be built and the old
3  school was going to be torn down, yes, sir.
4     Q. My review of the records that were provided to
5  me from your counsel indicate that there were five
6  phases to the asbestos abatement program.
7        Is that something that you're familiar
8  with?
9     A. Yeah. I mean, I can't speak to the phases
10 specifically, but yes.
11    Q. Do you have knowledge of what the first phase
12 was?
13    A. I don't recall the phases anymore. And we had
14 Harvard involved to provide oversight over the phases.
15    Q. Explain to me Harvard's role in all of this.
16    A. Delaware law requires that there be an asbestos
17 engineer to oversee the asbestos abatement contractor,
18 two different companies on site for an asbestos
19 abatement job, the engineer, the engineering firm and
20 the abatement contractor. Plymouth was the abatement
21 contractor. Harvard was the abatement engineering
22 firm.
23    Q. And on a practical level, what was Harvard's
24 role and responsibility in the abatement program?

Page 13

1     A. I'm not sure I understand your question.
2     Q. Who was on site from Harvard during the
3  abatement program?
4     A. As I'm sure your records indicate, a guy by the
5  name of Dwayne Camby.
6     Q. Do you have an understanding of what his role
7  was?
8     A. Quite frankly, I relied upon Harvard
9  Environmental to manage the asbestos abatement job.
10    Q. And Dwayne Camby was identified as the site
11 supervisor for Harvard?
12    A. Yes.
13    Q. Do you have knowledge of whether anybody else
14 besides Mr. Camby was on site for Harvard during the
15 asbestos abatement program?
16    A. Intermittently we would have job meetings and
17 occasionally Wes Morrison would be there, I would be
18 there, someone from DNREC would be there, but I don't
19 know that someone from Harvard was there other than
20 Dwayne throughout the job.
21    Q. The records that I have, and I'm referring to
22 what was Bates stamped as 0006, indicate that Plymouth
23 Environmental arrived on the site on June 30, 2003.
24       Does that sound about accurate?

Case 1:05-cv-00163-GMS    Document 36-3    Filed 05/19/2006    Page 5 of 7

| Mahoney | v. Benjamin Banneker Elementary School and Milford School District |
|---|---|
| John W. Marinucci | C.A. # 05-163 GMS | February 13, 2006 |

Page 14

1  A. That sounds about accurate.
2  Q. Prior to Plymouth Environmental arriving on the
3  site and after the school year, can you tell me what,
4  if any, work was done to clear the school of desks and
5  chairs and all the property, personal property within
6  the school?
7  A. We had to go through the school with someone
8  from the division of purchasing to identify the
9  property that would go to the division of purchasing
10 for redistribution to other state agencies or schools.
11 That property had to be loaded on trucks and
12 transported to division of purchasing.
13        There was a significant amount of kitchen
14 equipment that was not being transported to the new
15 school and that kitchen equipment had to go to the
16 division of purchasing. There was a significant
17 amount of property that was left in the school, old
18 desks and chairs and things like that, that the
19 division of purchasing did not want at their surplus
20 property area facilities. They gave us permission to
21 have kind of like a yard sale, so to speak, and we
22 invited the public to come and buy these desks for
23 five, six, ten bucks, whatever. And we donated those
24 proceeds to the PTA, PTO, whatever it's called, Parent

Page 15

1  Teacher Organization.
2  Q. When was this yard sale?
3  A. I don't recall the exact date of it.
4  Q. Was it before June 30 or after June 30?
5  A. Again, I don't recall the exact date of it.
6  Q. How often, if at all, were you on the job site
7  between June 30, 2003 and the date of Ms. Mahoney's
8  injury, which I believe was July 15th, 2003?
9  A. I was pretty curious on the progress of the job
10 site, of the job, so I was on the job I would say
11 probably two to three times a week throughout the
12 progress of the job.
13 Q. And when --
14 A. That's an estimate.
15 Q. That's fine.
16        And when you were on the job site the two
17 or three times a week, how long were you there for
18 each particular day?
19 A. Oh, my. I'm not sure. It would vary.
20 Anywhere from 15 minutes to a couple of hours,
21 depending on the nature of the conversations, the
22 nature of what was going on.
23 Q. What kinds of things would you do while you
24 were on the job site?

Page 16

1  A. Carry on conversations with Dwayne, carry on
2  conversations with Mr. Mahoney about the progress of
3  the job. At the time our maintenance people were,
4  early on our maintenance folks were removing certain
5  property from the building, such as fire
6  extinguishers, which could be used in the new
7  building, valves and sinks and things like that that
8  we may be able to salvage and use in another building.
9  I was helping with some of that.
10        Never did we go into any of the
11 containment areas, but we did remove some property
12 from the building, some fixtures from the building.
13 Q. Who was employed by the school district was on
14 the job site at the time you were there?
15 A. With my knowledge, it would have been me and
16 there would be four maintenance guys that would have
17 been, four maintenance employees that would have been
18 involved in removing, like I said, light fixtures,
19 various pieces of equipment that may have been
20 fixtures that we may have been able to use in another
21 building.
22 Q. What was Mr. Reid's position?
23 A. Mr. Reid is a -- he's still employed with the
24 school district. He's the chief custodian of the

Page 17

1  Banneker Elementary School.
2  Q. Do you have knowledge or understanding of how
3  frequently Mr. Reid was on the job site from June 30th
4  of '03 up until the date of Ms. Mahoney's injury?
5  A. I'm not sure. It would probably be best to
6  speak to him about that, and I'm sure you will. I
7  imagine he probably came to the old school for certain
8  things occasionally, but I think he spent most of his
9  time -- maybe I shouldn't, maybe I shouldn't guess.
10        But I imagine he spent most of his time in
11 the new building preparing it for kids for the next
12 school year.
13 Q. What about Mr. Reid's staff, do you have
14 knowledge of -- did you say there were four
15 custodians?
16 A. Mr. Reid and four custodians, right.
17 Q. Do you have knowledge of how frequently
18 Mr. Reid's staff was at the Banneker School, again the
19 same time period?
20 A. Again, I don't have a good recollection of how
21 often they were there.
22 Q. That's fine. I can ask Mr. Reid those
23 questions.
24 A. Yeah.

Case 1:05-cv-00163-GMS   Document 36-3   Filed 05/19/2006   Page 6 of 7

Mahoney v. Benjamin Banneker Elementary School and Milford School District
John W. Marinucci         C.A. # 05-163 GMS              February 13, 2006

Page 42

1  understanding of where Ms. Mahoney alleges that her
2  fall originated on these steps?
3  A. I do not have a clear understanding, no.
4  Q. I'll represent to you on the record that it was
5  the area where the concrete is broken up. You can see
6  it on the platform of say the middle steps.
7       MR. DOERLER: On the right-hand side?
8       MR. SNYDER: On the right-hand side. On
9  the right-hand side.
10 BY MR. SNYDER:
11 Q. Before today did you have an understanding of
12 whether it was the exterior steps as depicted in these
13 photographs where Ms. Mahoney alleges that she fell?
14      MR. DOERLER: I object to the form. I'm
15 not sure I understand the question.
16 A. I'm sorry. Could you rephrase the question?
17 Q. Sure.
18      Did you have an understanding that it was
19 the steps depicted in Marinucci 4 and really all of
20 these photographs where Ms. Mahoney fell?
21 A. Yes, I did. Not originally but as the lawsuit
22 progressed I became, I did gain that understanding.
23 Q. And you explained that these steps did not have
24 direct entrance, did not allow for direct entrance

Page 43

1  into the school. Is that accurate?
2  A. Yes.
3  Q. Notwithstanding that, were these steps used,
4  were they used at all to gain access either to the
5  parking area or the docking area prior to Plymouth
6  going on the site? Did people go up and down these
7  steps?
8  A. When the school was being used?
9  Q. Yes.
10 A. Yes.
11 Q. Did you speak to anybody or do you have any
12 understanding of how long the steps were in the
13 condition as depicted in these photographs, if they
14 were in fact in the same condition prior to June 30,
15 2003, which was the date that Plymouth arrived on the
16 site?
17      MR. DOERLER: I object to the form.
18 A. I'm not sure I understand your question.
19 Q. Let me ask that differently.
20 A. Yeah.
21 Q. Do you have an understanding of the condition
22 of these steps prior to Plymouth going on the site on
23 June 30, 2003?
24 A. I have a recollection of the steps.

Page 44

1  Q. What is your recollection of the steps?
2  A. The recollection of the amount of what I call
3  spalling, I don't recall it being that excessive.
4  Q. And by "spalling," you're indicating the area
5  where Mrs. Mahoney fell?
6  A. The broken up.
7  Q. The broken-up concrete?
8  A. (The witness nodded.)
9  Q. What is your recollection based upon?
10 A. Being at the building three, four times a day
11 during school while kids were using these steps.
12 Q. Kids would actually use those steps?
13 A. Yes, sir.
14 Q. When was the last time you used those steps
15 prior to Ms. Mahoney's accident?
16 A. The last day of school, which was the end of
17 May, first of June.
18 Q. Sitting here today, what is your recollection
19 of the steps, again referring to the area where
20 Ms. Mahoney fell, as of the last day of school?
21 A. I don't recall it being that broken up.
22 Q. Do you recall it being broken up at all?
23 A. Yes. I recall looking at Marinucci 4 my
24 recollection of -- actually, let me take a look at

Page 45

1  these. There might be one that's better.
2       Actually, there is.
3  Q. What are you referring to?
4  A. Marinucci 6. Actually, Marinucci 7 is better.
5  Sorry.
6       Marinucci 7, I recall the area of the
7  amount of where it's broken up to be from -- I don't
8  know, I don't know what the scaling is here.
9       MR. SNYDER: Let's go off the record for a
10 moment.
11      (Discussion off the record.)
12      MR. SNYDER: Let's mark that as 8.
13      (Marinucci Deposition Exhibit No. 8 was
14 marked for identification.)
15      MR. DOERLER: He can draw on this?
16      MR. SNYDER: Yes. That's fine.
17      MR. DOERLER: Why don't you rephrase your
18 question?
19      MR. SNYDER: Sure.
20 BY MR. SNYDER:
21 Q. The question was it was my understanding that
22 you were going to draw or diagram your recollection of
23 the extent of the broken concrete as of the last day
24 of school.

Case 1:05-cv-00163-GMS    Document 36-3    Filed 05/19/2006    Page 7 of 7

Mahoney                                                v. Benjamin Banneker Elementary School and Milford School District
John W. Marinucci            C.A. # 05-163 GMS                                February 13, 2006

Page 46

1  A. Right. On Marinucci 8 I'm going to draw a line
2  on the broken-up concrete as to the amount that I
3  recall towards the end of the school, and I don't
4  remember the last day of school, but towards the end
5  of school it was approximately like this (indicating).
6  Q. Just so I am clear, you drew a line. Would the
7  broken-up concrete be to the right of the line or left
8  of the line?
9  A. No.
10 Q. Why don't you just draw it? Let me know.
11     MR. DOERLER: Would it be helpful if he
12 circled the area that was damaged?
13     MR. SNYDER: Yes.
14 A. I will circle the damaged area.
15 Q. That's fine.
16 A. (Witness complies) The non-damaged area was
17 outside of the circle.
18 Q. For how long was the area that you encircled in
19 your words damaged?
20 A. I don't recall.
21 Q. If the school was not going to be demolished
22 would the disrepair of the steps, would the broken-up
23 concrete have been something that you would have
24 expected to have been repaired?

Page 47

1     MR. DOERLER: I object to form.
2     THE WITNESS: It's okay to answer?
3     MR. DOERLER: Yes.
4  A. I would have repaired it.
5  Q. That was my next question. I think you
6  answered it.
7     Would it have been your decision as to
8  whether or not this would have been, the steps would
9  have been repaired?
10 A. It would have been my decision. And I hesitate
11 to answer that because the funding that I would have
12 used to fix that there was some control over by the
13 school board, but I would have, I would have repaired
14 it because it was the larger projects that the school
15 board typically wanted to get involved in.
16 Q. Is this the type of repair that you would have
17 subcontracted out or would the school maintenance
18 staff have repaired it?
19 A. It depends on what the repair was. If it was
20 repairing what was in place, then I probably would
21 have had our people do it.
22     If it was tearing out the steps and
23 replacing them with new steps, I would have contracted
24 it out.

Page 48

1  Q. When did you first notice that the steps were
2  broken up in the approximate area that you circled?
3  A. I don't recall.
4  Q. Was there any consideration on your part to
5  repair the broken-up concrete that you observed?
6  A. No, sir.
7  Q. What was the basis for that?
8  A. Because the school was being torn down. It was
9  going to be replaced entirely and because the school
10 was being replaced.
11 Q. Did you have any expectation that there was
12 going to be foot traffic up and down the steps during
13 the course of the asbestos abatement program?
14 A. No, I did not.
15 Q. Just so I am clear, you did not expect there to
16 be foot traffic or that's something that you just did
17 not think about?
18 A. I neither thought about it, nor did I expect
19 that there would be.
20 Q. I don't want to put words in your mouth.
21 A. That's okay.
22 Q. You didn't think about it, but if you had
23 thought about it you wouldn't have expected there to
24 be? Is that accurate?

Page 49

1  A. I didn't expect there to be and now that I
2  think about it, I don't expect that there was.
3  Q. If this condition had existed on steps that you
4  did expect there to be people going up and down it,
5  would your decision to repair it have changed or
6  decision not to have repaired it have changed?
7     MR. DOERLER: I object to the form.
8  You're talking about going up and down it while
9  Plymouth is on site?
10     MR. SNYDER: That's correct.
11 A. No, sir. It wouldn't have changed because we
12 were tearing the building down. The building was a
13 demolition zone. This (indicating) -- the building
14 was a demolition site.
15 Q. Did you provide any notice to anybody either at
16 Harvard or Plymouth of your own observations that at
17 least part of the platform was broken-up concrete?
18 A. No, sir.
19 Q. If these were steps that led directly to the
20 school and you would have expected there to be people
21 traveling up and down the steps, would you have given
22 notice to either Harvard or Plymouth?
23     MR. DOERLER: I object to form.
24 A. Once again, the school was a demolition site.

13 (Pages 46 to 49)