# EXHIBIT 2

```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF DELAWARE

JAMES MAHONEY and              )
TINA MAHONEY, h/w,             )
                               )
        Plaintiffs,            )
                               ) Civil Action
    v.                         ) No. 05-163 GMS
                               )
BENJAMIN BANNEKER ELEMENTARY   )
SCHOOL and MILFORD SCHOOL DISTRICT, )
                               )
        Defendants, Third-Party)
        Plaintiffs,            )
                               )
    v.                         )
                               )
PLYMOUTH ENVIRONMENTAL CO., INC., )
                               )
        Third-Party Defendants.)
```

            Deposition of JAMES G. MAHONEY, SR. taken pursuant to notice at the law offices of White and Williams LLP, 824 North Market Street, Suite 902, Wilmington, Delaware, beginning at 1:25 p.m. on Monday, February 13, 2006, before Kurt A. Fetzer, Registered Diplomate Reporter and Notary Public.

APPEARANCES:

    MARC H. SNYDER, ESQ.
    FRANK ROSEN SNYDER & MOSS, L.L.P.
      8380 Old York Road - Suite 410
      Elkins Park, Pennsylvania  19027
      For the Plaintiffs

              WILCOX & FETZER
    1330 King Street - Wilmington, Delaware 19801
               (302) 655-0477



**WILCOX & FETZER LTD.**
Registered Professional Reporters

ORIGINAL

```
 1   concerned as a supervisor on the site, my
 2   responsibility is to make sure my people are safe, to
 3   do the job in accordance with all state and federal
 4   regs. and to go to the consultant if there's an issue
 5   with that.  Okay?
 6             If that tree fell across that doorway and
 7   I couldn't get into the building, my immediate
 8   response would be go to Mr. Camby and say, "How do we
 9   address this?"  And it's up to him to go to his client
10   and that's where it goes from there.
11   Q.   So you're not sure in this scenario whether
12   Mr. Camby would call your boss or whether he would
13   call the owner, correct?
14   A.   He would call his boss and in turn the owner.
15   Q.   And it's your belief that one or the other of
16   them would take this away and not Plymouth?
17   A.   I believe so.
18   Q.   The stairway that your wife fell down, how
19   often did you use that stairwell during the project?
20   A.   I didn't.
21   Q.   How often did your company use the stairwell?
22   A.   We didn't.
23   Q.   That was the first time you went down the
24   stairway?
```

1   A.   Yes, it was.  And it was also the last.  To the
2   best of my knowledge, it was the first and last time
3   it was used.
4           MR. DOERLER:  I have to make copies of
5   this.  I'll be right back.
6           (A brief recess was taken.)
7   BY MR. DOERLER:
8   Q.   You testified I believe that that was the first
9   time you had used those stairs.  When you first came
10  onto the project did you anticipate needing to use
11  those stairs for any reason?
12  A.   In the beginning?  No.  Not that I recall.
13  Q.   I'm going to hand you what I believe was
14  Exhibit B to the complaint and ask you to please tell
15  me what that is.
16  A.   It's an accident report.
17  Q.   Okay.  Is that the accident report that you
18  filled out related to your wife's falling on July
19  15th?
20  A.   Yes.
21          MR. DOERLER:  Can we have that marked?
22          (Defendant's Deposition Exhibit No. 5 was
23  marked for identification.)
24

