# EXHIBIT 3






