# EXHIBIT 4

Case 1:05-cv-00163-GMS    Document 36-6    Filed 05/19/2006    Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>　　　　Plaintiffs<br><br>v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>　　　　Defendants, Third-Party<br>　　　　Plaintiffs<br><br>v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>　　　　Third-Party Defendants | CIVIL ACTION NO. 05-163 GMS<br><br><br>TRIAL JURY OF TWELVE<br>DEMANDED<br><br>E-FILE |

*[handwritten: No Response to]*

**DEFENDANTS' FIRST SET OF
INTERROGATORIES DIRECTED TO PLAINTIFFS[1]**

INSTRUCTIONS

The following interrogatories are to be answered separately and fully within thirty (30) days after the service of these interrogatories pursuant to Rule 33 of the Superior Court Civil Rules.[1]

　　1.　　When answering these interrogatories, you are requested to furnish all information available to you, including the information in the possession of your attorneys, investigators, employees, agents, representatives or any other person acting on your behalf.

　　2.　　The term "person" means and includes natural persons, corporations, partnerships, associations, and any other kind of business or legal entity.

　　3.　　The term "documents" means and includes any kind of written, type written or

---

1　　These interrogatories are continuing interrogatories, the answers to which are to be supplemented and kept current.

3. Give the names and last known addresses of persons from whom statements have been procured in regard to the facts alleged in the pleadings. As to each person named, state:

(a) The name and last known address of the person who took the statement;

(b) The date when the statement was taken;

(c) The names and last known addresses of all persons presently having copies of the statements.

**ANSWER:** None.

4. Give the name and address of each person who has been interviewed on your behalf.

**ANSWER:** None.

5. Give the names and last known addresses of all persons who have taken photographs or prepared sketches or drawings in regard to any issue in this litigation. As to each person named, state:

(a) The subject of each photograph, sketch or drawing and give a general description of it;

(b) The date when the photograph was taken or the drawing or sketch prepared;

(c) The name and address of each person having custody of such photograph, drawing or sketch.

**ANSWER:** Plaintiff James Mahoney took photographs of the exterior steps, several minutes after Tina Mahoney's accident. These photographs have been provided to defendant with

-4-

plaintiffs' Rule 26 Disclosures.

6.  Were any tests, inspections or measurements made or taken with respect to the accident scene or any object involved? If so, state:

   (a)  The subject of each test, inspection or measurement;

   (b)  The name and address of the person who conducted each test, inspection or measurement;

   (c)  The date on which each test, inspection or measurement was performed;

   (d)  The name and address of the person now having custody of any written report concerning each test, inspection or measurement.

**ANSWER:** James Mahoney conducted a visual inspection of the accident scene shortly after plaintiff's accident. Plaintiff James Mahoney wrote up an Incident Report, which was provided to defendant as part of plaintiffs' Rule 26 Disclosures.

7.  If you have been treated or examined by any physician or other person trained in the healing arts since the date of the accident at any time, for any condition other than those specified in the answer to the previous interrogatory, give a specific description of such condition and, as to each condition so described, state:

   (a)  The name and address of the doctor treating or examining such condition;  (b)The dates of treatment or examination;

   (c)  The nature of the treatment or examination.

**ANSWER:** Objection. Beyond the scope of discoverable evidence. By way of further answer,