# EXHIBIT 5

```
1              IN THE UNITED STATES DISTRICT COURT
2                FOR THE DISTRICT OF DELAWARE
3
4   JAMES MAHONEY and                    )
    TINA MAHONEY, h/w,                   )
5                                        )
         Plaintiffs,                     )
6                                        ) Civil Action
    v.                                   ) No. 05-163 GMS
7                                        )
    BENJAMIN BANNEKER ELEMENTARY         )
8   SCHOOL and MILFORD SCHOOL DISTRICT,  )
                                         )
9        Defendants, Third-Party         )
         Plaintiffs,                     )
10                                       )
    v.                                   )
11                                       )
    PLYMOUTH ENVIRONMENTAL CO., INC.,    )
12                                       )
         Third-Party Defendants.         )
13
14
15          Deposition of TINA L. MAHONEY taken
    pursuant to notice at the law offices of White and
16  Williams LLP, 824 North Market Street, Suite 902,
    Wilmington, Delaware, beginning at 3:30 p.m. on
17  Monday, February 13, 2006, before Kurt A. Fetzer,
    Registered Diplomate Reporter and Notary Public.
18
    APPEARANCES:
19
         MARC H. SNYDER, ESQ.
20       FRANK ROSEN SNYDER & MOSS, L.L.P.
          8380 Old York Road - Suite 410
21        Elkins Park, Pennsylvania  19027
          For the Plaintiffs
22
23              WILCOX & FETZER
    1330 King Street -  Wilmington, Delaware 19801
24              (302) 655-0477
```



**WILCOX & FETZER LTD.**
Registered Professional Reporters

ORIGINAL

Tina L. Mahoney

1   that doorway was blocked by the area of containment?

2       A.    There was other doors that led to the rooms of

3   the lower level, but they had to be opened from inside

4   because we didn't have a key.

5       Q.    Did you ask Mr. Camby for the key for those

6   rooms?

7       A.    Yes, I did.

8       Q.    What did he say?

9       A.    He said he didn't have a key for them.

10      Q.    It's my understanding that Mr. Lawson was

11  walking with you at the time you fell?

12      A.    Yes.

13      Q.    And as you're going down the stairs, can you

14  tell me what you see as you're going down the stairs?

15      A.    I was just looking straight ahead of me.

16      Q.    Were you talking to Mr. Lawson at the time?

17      A.    I said a few words to him, yeah.

18      Q.    When you say you were looking straight ahead of

19  you, were you looking straight ahead or were you

20  looking down?  What do you mean by looking straight

21  ahead?

22      A.    Well, I was going down the stairs and I was

23  looking kind of in front of me.

24      Q.    So were you looking at the stairs when you were

Tina L. Mahoney

1   going down them?

2        A.    I guess you could say that.  I really couldn't

3   see them because I was carrying a box.

4        Q.    Okay.  What type of --

5        A.    With tape and glue in it.

6        Q.    So you're carrying a box with tape and glue

7   down the stairs?

8        A.    Yes.

9        Q.    And was that something that was in both hands?

10       A.    Yes.

11       Q.    Was Mr. Lawson also carrying something?

12       A.    He was carrying a roll of poly.

13       Q.    Is there any way for you to describe for me how

14   big this box was that you were carrying?

15       A.    I would say it was actually a tape box.  I

16   guess it would be kind of like a 12 by 12 box.

17       Q.    It's a square box?

18       A.    Yes.

19       Q.    And you kind of had your arms, when you said 12

20   by 12 you kind of had your arms about shoulder width.

21   Is that right?

22       A.    I was holding the box up against me and I had

23   my hands at the bottom of it.

24       Q.    And you said because the box was in your hands

Tina L. Mahoney

```
1    you couldn't see where you were walking.  Is that
2    right?
3               MR. SNYDER:  Objection to the
4    characterization.
5               You can clarify it and answer the
6    question.
7    A.   I could see where I was going, yes.
8    Q.   Could you see the stairs as you were going down
9    them or was the box preventing you from seeing the
10   stairs?
11   A.   I actually could see the stairs, but I didn't,
12   I didn't notice anything really wrong with them.
13   Q.   The pictures that have been produced that have
14   been marked Marinucci 6 through 8, I'll just show you
15   Marinucci 6.  Is that how the stair looked as you were
16   coming down it?
17   A.   No.
18   Q.   How did it look?
19   A.   It didn't look like that.  I don't remember
20   seeing a whole lot of damage to the stairs.  I mean, I
21   remember seeing cracks and stuff on it but not really
22   damage to them.
23   Q.   All right.  Do you know when these pictures
24   were taken?
```



Tina L. Mahoney

1    A.   I'm assuming that they were taken the same day

2    after the incident happened.

3    Q.   All right.   It's my understanding that your

4    husband took these pictures.   But you're not sure

5    whether he took them that day or another day?

6    A.   I think he took them the same day, yeah.

7    Q.   Were you walking down the right-hand side of

8    the stairs or the left-hand side of the stairs?

9    A.   Right-hand side.   Allen was on the left-hand

10   side.

11   Q.   And do you know from these -- I'm just going to

12   show you Marinucci 3 now.

13        Can you tell me looking at Marinucci 3

14   where in this tier of stairs approximately where you

15   fell?

16   A.   It was I tripped I'm pretty sure it was like

17   down in here somewheres (indicating).

18   Q.   I guess there's three or four steps and then

19   the landing, then another three or four steps to the

20   bottom?

21   A.   Yeah.

22   Q.   Had you reached the first landing yet?

23   A.   Yes.   I started walking across and my foot I

24   guess you would say it slipped.   The concrete came

Tina L. Mahoney                          15

1    loose.

2        Q.    All right.   Am I correct as we look at

3    Marinucci 4 that this white circular-type area down in

4    the first landing is the area where you fell?

5        A.    Yeah.

6        Q.    But you're saying it didn't look like that when

7    you were coming down the stairs?

8        A.    No.

9        Q.    What was different about it?

10       A.    I don't remember seeing this (indicating), this

11   big patch gone.

12       Q.    When you slipped on the concrete, you say a

13   piece came loose?

14       A.    Yeah.   It felt like the concrete moved under my

15   foot.

16       Q.    Do you know how big of a piece it was that came

17   loose?

18       A.    No, I don't.

19       Q.    Did you see anything on the stairs after you

20   slipped?

21       A.    I actually got up, my knee was hurting so I

22   went, I walked over to where the trailer was.

23       Q.    All right.

24       A.    And Allen went around and got Jim.   I really