IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY, et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 05-163 GMS |
| ) | |
| v. ) | TRIAL BY JURY DEMANDED |
| ) | |
| BENJAMIN BANNEKER ) | |
| ELEMENTARY SCHOOL, et al. ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

TO:  Clerk of the Court
United States District Court-Delaware
Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19899

PLEASE ENTER THE APPEARANCE of Michael K. Tighe, Esquire of Tighe, Cottrell & Logan, P.A., as attorney for Third-party Defendant, Plymouth Environmental Co., Inc. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the Third-Party Defendant. The Third-Party Defendant specifically reserves all rights to raise any jurisdictional, service, or statute of limitations defects which may be available.

**TIGHE, COTTRELL & LOGAN, P.A.**

  /s/ Michael K. Tighe
Michael K. Tighe, DE ID #29
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE  19899
(302) 658-6400
Attorneys for Third-Party Defendant
Plymouth Environmental Co., Inc.

DATED: May 25, 2006