## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY, et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 05-163 GMS |
| ) | |
| v. ) | |
| ) | TRIAL BY JURY DEMANDED |
| ) | |
| BENJAMIN BANNEKER ) | |
| ELEMENTARY SCHOOL, et al. ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, MICHAEL K. TIGHE, ESQUIRE, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served via electronic mail on this 25th day of May, 2006, upon the following:

Marc H. Snyder, Esq.
FRANK, ROSEN, SNYDER & MOSS, LLP
1813 Marsh Road, Suite D
Wilmington, DE 19810
Phone: (302) 475-8060
Attorney for Plaintiffs

William L. Doerler, Esq.
WHITE AND WILLIAMS, LLP
824 N. Market Street, Suite 902
PO Box 709
Wilmington, DE 19899-0709
Phone: (302) 467-4508
Attorney for Defendants, Third-Party Plaintiffs

**TIGHE, COTTRELL & LOGAN, P.A.**

  /s/ Michael K. Tighe
Michael K. Tighe, DE ID #29
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE  19899
(302) 658-6400
Attorneys for Third-Party Defendant
Plymouth Environmental Co., Inc.