IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>    Plaintiffs<br><br>v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>    Defendants, Third-Party<br>    Plaintiffs<br><br>V.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>    Third-Party Defendants | C.A. No.:    05-163 GMS<br><br>TRIAL JURY OF TWELVE<br>DEMANDED |

## CERTIFICATE OF SERVICE

I, Marc H. Snyder, Esquire, do hereby certify that on this 26th day of May, 2006 a copy of the foregoing **PLAINTIFFS' RESPONSE TO DEFENDANT, THIRD PARTY PLAINTIFF MILFORD SCHOOL DISTRICT BOARD OF EDUCATION'S MOTION FOR SUMMARY JUDGMENT** were delivered via First Class Mail, postage prepaid and/or E-File and Serve upon:

William L. Doerler, Esquire
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709.

ROSEN, MOSS, SNYDER & BLEEFELD, L.L.P.

By: _____
MARC H. SNYDER, ESQUIRE (#3791)
Rosen, Moss, Snyder & Bleefeld, L.L.P.
1813 Marsh Road, Suite D
Wilmington, DE 19810
Attorney for Plaintiffs