IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>    Plaintiffs<br><br>v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>    Defendants, Third-Party<br>    Plaintiffs<br><br>V.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>    Third-Party Defendants | C.A. No.:    05-163 GMS<br><br>TRIAL JURY OF TWELVE<br>DEMANDED |

## ORDER

AND NOW, this      day of            , 2006, upon consideration of Plaintiffs, James Mahoney and Tina Mahoney, h/w's Response in Opposition to Defendant/Third-Party Plaintiff's Motion for Summary Judgment, and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is Denied.

    IT IS SO ORDERED.

                                                BY THE COURT:

                                              _____
                                                                  J.