





ALL-STATE LEGAL®

**EXHIBIT**

A















