

**WILCOX & FETZER LTD.**

In the Matter Of:

# Mahoney
## v.
# Benjamin Banneker Elementary School and Milford School District

C.A. # 05-163 GMS

---

Transcript of:

Tina L. Mahoney

February 13, 2006

---

Wilcox & Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: lhertzog@wilfet.com
Internet: www.wilfet.com



EXHIBIT B

Case 1:05-cv-00163-GMS   Document 38-6   Filed 05/26/2006   Page 2 of 20

Mahoney                                              v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney              C.A. # 05-163 GMS                    February 13, 2006

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF DELAWARE
 3
 4    JAMES MAHONEY and                    )
      TINA MAHONEY, h/w,                   )
 5                                         )
             Plaintiffs,                   )
 6                                         ) Civil Action
      v.                                   ) No. 05-163 GMS
 7                                         )
      BENJAMIN BANNEKER ELEMENTARY         )
 8    SCHOOL and MILFORD SCHOOL DISTRICT,  )
                                           )
 9           Defendants, Third-Party       )
             Plaintiffs,                   )
10                                         )
      v.                                   )
11                                         )
      PLYMOUTH ENVIRONMENTAL CO., INC.,    )
12                                         )
             Third-Party Defendants.       )
13
14
15              Deposition of TINA L. MAHONEY taken
      pursuant to notice at the law offices of White and
16    Williams LLP, 824 North Market Street, Suite 902,
      Wilmington, Delaware, beginning at 3:30 p.m. on
17    Monday, February 13, 2006, before Kurt A. Fetzer,
      Registered Diplomate Reporter and Notary Public.
18
      APPEARANCES:
19
             MARC H. SNYDER, ESQ.
20           FRANK ROSEN SNYDER & MOSS, L.L.P.
               8380 Old York Road - Suite 410
21             Elkins Park, Pennsylvania  19027
               For the Plaintiffs
22
23                       WILCOX & FETZER
         1330 King Street - Wilmington, Delaware 19801
24                       (302) 655-0477
```

Case 1:05-cv-00163-GMS    Document 38-6    Filed 05/26/2006    Page 3 of 20

Mahoney                                                              v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney                  C.A. # 05-163 GMS                                       February 13, 2006

Page 2

1  APPEARANCES: (Cont'd)
2    WILLIAM L. DOERLER, ESQ.
      WHITE AND WILLIAMS LLP
3       824 North Market Street - Suite 902
        Wilmington, Delaware 19801
4       For the Defendants and Third-Party Plaintiffs
5  ALSO PRESENT:
      JAMES MAHONEY
6
            - - - - -
7            TINA L. MAHONEY,
8       the deponent herein, having first been
9       duly sworn on oath, was examined and
10      testified as follows:
11            EXAMINATION
12 BY MR. DOERLER:
13   Q. Hi, Ms. Mahoney. I'm going to just briefly run
14 through the rules as we have already talked about a
15 couple of times today.
16        If you don't understand a question I have
17 asked you, please ask me to rephrase the question.
18        Also, please try and respond verbally as
19 opposed to shaking your head.
20        And also please let me finish the question
21 so that you don't speak over me and I'll try to let
22 you finish your answer and not speak over you. Okay?
23   A. Okay.
24   Q. Very good.

Page 3

1        Please state your full name for the
2  record.
3    A. Tina Louise Mahoney.
4    Q. What's your present address?
5    A. 1125 Maple Avenue.
6    Q. In what town is that?
7    A. Atco, New Jersey.
8    Q. What is your present age?
9    A. I'm 41.
10   Q. And would you tell me what your educational
11 background is?
12   A. I'm a high school graduate. I started in the
13 Camden County College, but I didn't complete that. I
14 just recently started there.
15   Q. You just recently started at Camden Community
16 College?
17   A. Yes.
18   Q. What year was that?
19   A. 2005.
20   Q. And what are you going for, what kind of
21 classes are you taking?
22   A. I was thinking about either going into
23 psychology or nursing.
24   Q. How many classes have you presently taken?

Page 4

1    A. I'm just taking the basic classes right now,
2  the prep classes.
3    Q. Do you have a time line for when that all will
4  be finished? Do you have any idea?
5    A. It takes I think almost four years.
6    Q. This would then be a two-year degree, like an
7  associate's degree?
8    A. Yeah.
9    Q. It's my understanding that a you're certified
10 or licensed for asbestos removal. Is that correct?
11   A. Yes.
12   Q. Do you have any other special trainings or
13 certifications?
14   A. Lead.
15   Q. So you're trained in removing lead and in
16 removing asbestos?
17   A. Yes. We also do mold too.
18   Q. And when you say, "we," you're referring to
19 Plymouth Environmental?
20   A. Yes.
21   Q. And you're still working with Plymouth?
22   A. Yes.
23   Q. What's your job title there?
24   A. I'm a laborer.

Page 5

1    Q. And can you tell me some of the typical chores
2  or jobs that you do there as a laborer?
3    A. Prepping the areas, which is hanging the poly,
4  doing removal, final cleaning.
5    Q. Does anything else come to mind?
6    A. We bring equipment in and out of the buildings.
7  We bag out.
8    Q. What does "bag out" mean?
9    A. That means we have to take the bags that we put
10 the waste in and take them out to a trailer.
11   Q. All right. It's my understanding that you fell
12 at the Banneker Elementary School on July 15th of
13 2003. Is that correct?
14   A. Yes.
15   Q. And can you briefly describe for me, tell me
16 what brought you out to be on those stairs that day.
17   A. Allen Lawson, one of the workers, he came and
18 asked me if I would help him prep a trailer that was
19 put around the back of the building.
20   Q. And by prepping the trailer, what do you mean?
21   A. We put two layers of six mil poly up in the
22 trailers.
23   Q. What door did you come out of the school?
24   A. They called it the cafeteria, gym.

Case 1:05-cv-00163-GMS   Document 38-6   Filed 05/26/2006   Page 4 of 20

Mahoney                                              v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney                       C.A. # 05-163 GMS                        February 13, 2006

Page 6

1  Q. Is that the door -- there's a couple of
2  pictures. I'm looking at Marinucci 3.
3      The door at the top of those steps, is
4  that the door you came out?
5  A. Yes. Yes.
6  Q. And why did you come out that particular door
7  that day?
8  A. Because there was another door, but that area
9  was sealed off and we couldn't get out those doors.
10 Q. You heard your husband testify earlier about
11 there being a lower level where the work was done and
12 a lower parking lot.
13 A. Yes.
14 Q. You were here for that, correct?
15 A. Yes.
16 Q. And am I correct in understanding that there is
17 an entrance out of the lower level onto the lower
18 parking lot but that you couldn't get to it that
19 particular day?
20 A. Yes.
21 Q. And why couldn't you get to it?
22 A. Because the phase that he was doing -- there's
23 a door down in here (indicating)?
24 Q. No. This is the first floor.

Page 7

1  A. Yes. There's a stairwell that leads down into
2  the lower level and that was the only way that we knew
3  to get down there and this (indicating) area was
4  sealed up.
5  Q. I'm going to ask. Okay. The stairs you were
6  just talking about is the stairs that's circled on
7  Defendant's Exhibit 2, correct?
8  A. Yes.
9  Q. And when you say, "this area," what is it that
10 you're referring to that was sealed? The stairs and
11 what other area?
12 A. I think about midway from here (indicating)
13 back, all this area was sealed off.
14 Q. Do you know what phase of the project this was?
15 A. I would say phase 2.
16 Q. Is that your best recollection today?
17 A. Yeah, that's my best recollection.
18 Q. Tell us generally how the building was phased.
19 Can you tell me that this was phase 1, this was phase
20 2, that type of thing?
21      Can you give me a general sense by looking
22 at this picture where the different phases were?
23 A. Well, I know phase 1 was this area
24 (indicating). I don't know where it ended.

Page 8

1      Then I remember the second phase being
2  over in here (indicating).
3  Q. Where was phase 3?
4  A. I think it was just the kitchen area and the
5  hall that runs in front of the gym.
6  Q. This hall (indicating)?
7  A. Yes.
8  Q. It's my understanding that this was the
9  kitchen?
10 A. Yes.
11 Q. So this was the cafeteria?
12 A. Yes.
13 Q. Was there any abatement work in the cafeteria?
14 A. Yes.
15 Q. Was that all part of the third phase?
16 A. Yes.
17 Q. So when you say it was the kitchen and the
18 hall, you meant this area through the hallway?
19 A. Yeah.
20 Q. Did that include the gym?
21 A. The gym wasn't -- they didn't make a decision
22 on what they were going to do with the floor. Plus
23 there were still a lot of stuff being stored in there.
24 Q. What is phase 4?

Page 9

1  A. I'm not for sure. I know they did the offices.
2  I'm not for sure where the phases were after that,
3  whether they did the offices or they did another part
4  of the hallway.
5  Q. Okay.
6      MR. SNYDER: Do you want to just clear up
7  her testimony, just indicate what's 1, what's 2,
8  what's 3, what's 4?
9      MR. DOERLER: All right.
10 BY MR. DOERLER:
11 Q. It's my understanding that when you said phase
12 1, you were referring to the hallway kind of slightly
13 to the right of the entrance arrow and going
14 vertically up, correct?
15 A. Yes.
16 Q. And then when you said phase 2, you were
17 referring to the top hallway from the left corner all
18 the way down that hallway. Is that correct?
19 A. Well, I know the areas were split somewheres in
20 here (indicating).
21 Q. Somewheres halfway down the hall?
22 A. Yeah.
23 Q. So the first phase would have included some
24 part of the upper hallway in the left-hand corner?

Case 1:05-cv-00163-GMS   Document 38-6   Filed 05/26/2006   Page 5 of 20

Mahoney | v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney | C.A. # 05-163 GMS | February 13, 2006

Page 10

1  A. Yes.
2  Q. And then phase 2 started somewhere down the
3  upper hallway towards the end of the hallway where the
4  stairs are circled, correct?
5  A. Yes.
6  Q. Phase 3 to the best of your recollection today
7  included the kitchen, the cafeteria and then down the
8  hallway towards the gym, correct?
9  A. Yes.
10 Q. And then phase 4, you're not quite sure what
11 phase 4 was, although you think it was some of these
12 offices in the bottom hallway that's horizontal?
13 A. Yes.
14     MR. DOERLER: Okay?
15     MR. SNYDER: Yes. That's fine. That's
16 just referring to Marinucci 1.
17     MR. DOERLER: Actually, I was referring to
18 Defendant's 2.
19     MR. SNYDER: Okay. It's the same.
20     MR. DOERLER: Let's go off the record.
21     (Discussion off the record.)
22 BY MR. DOERLER:
23 Q. Is it your understanding that there was only
24 one doorway onto that level of the parking lot and

Page 11

1  that doorway was blocked by the area of containment?
2  A. There was other doors that led to the rooms of
3  the lower level, but they had to be opened from inside
4  because we didn't have a key.
5  Q. Did you ask Mr. Camby for the key for those
6  rooms?
7  A. Yes, I did.
8  Q. What did he say?
9  A. He said he didn't have a key for them.
10 Q. It's my understanding that Mr. Lawson was
11 walking with you at the time you fell?
12 A. Yes.
13 Q. And as you're going down the stairs, can you
14 tell me what you see as you're going down the stairs?
15 A. I was just looking straight ahead of me.
16 Q. Were you talking to Mr. Lawson at the time?
17 A. I said a few words to him, yeah.
18 Q. When you say you were looking straight ahead of
19 you, were you looking straight ahead or were you
20 looking down? What do you mean by looking straight
21 ahead?
22 A. Well, I was going down the stairs and I was
23 looking kind of in front of me.
24 Q. So were you looking at the stairs when you were

Page 12

1  going down them?
2  A. I guess you could say that. I really couldn't
3  see them because I was carrying a box.
4  Q. Okay. What type of —
5  A. With tape and glue in it.
6  Q. So you're carrying a box with tape and glue
7  down the stairs?
8  A. Yes.
9  Q. And was that something that was in both hands?
10 A. Yes.
11 Q. Was Mr. Lawson also carrying something?
12 A. He was carrying a roll of poly.
13 Q. Is there any way for you to describe for me how
14 big this box was that you were carrying?
15 A. I would say it was actually a tape box. I
16 guess it would be kind of like a 12 by 12 box.
17 Q. It's a square box?
18 A. Yes.
19 Q. And you kind of had your arms, when you said 12
20 by 12 you kind of had your arms about shoulder width.
21 Is that right?
22 A. I was holding the box up against me and I had
23 my hands at the bottom of it.
24 Q. And you said because the box was in your hands

Page 13

1  you couldn't see where you were walking. Is that
2  right?
3      MR. SNYDER: Objection to the
4  characterization.
5      You can clarify it and answer the
6  question.
7  A. I could see where I was going, yes.
8  Q. Could you see the stairs as you were going down
9  them or was the box preventing you from seeing the
10 stairs?
11 A. I actually could see the stairs, but I didn't,
12 I didn't notice anything really wrong with them.
13 Q. The pictures that have been produced that have
14 been marked Marinucci 6 through 8, I'll just show you
15 Marinucci 6. Is that how the stair looked as you were
16 coming down it?
17 A. No.
18 Q. How did it look?
19 A. It didn't look like that. I don't remember
20 seeing a whole lot of damage to the stairs. I mean, I
21 remember seeing cracks and stuff on it but not really
22 damage to them.
23 Q. All right. Do you know when these pictures
24 were taken?

Case 1:05-cv-00163-GMS    Document 38-6    Filed 05/26/2006    Page 6 of 20

Mahoney                                                V. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney                C.A. # 05-163 GMS                          February 13, 2006

Page 14

1  A. I'm assuming that they were taken the same day
2  after the incident happened.
3  Q. All right. It's my understanding that your
4  husband took these pictures. But you're not sure
5  whether he took them that day or another day?
6  A. I think he took them the same day, yeah.
7  Q. Were you walking down the right-hand side of
8  the stairs or the left-hand side of the stairs?
9  A. Right-hand side. Allen was on the left-hand
10 side.
11 Q. And do you know from these — I'm just going to
12 show you Marinucci 3 now.
13     Can you tell me looking at Marinucci 3
14 where in this tier of stairs approximately where you
15 fell?
16 A. It was I tripped I'm pretty sure it was like
17 down in here somewheres (indicating).
18 Q. I guess there's three or four steps and then
19 the landing, then another three or four steps to the
20 bottom?
21 A. Yeah.
22 Q. Had you reached the first landing yet?
23 A. Yes. I started walking across and my foot I
24 guess you would say it slipped. The concrete came

Page 15

1  loose.
2  Q. All right. Am I correct as we look at
3  Marinucci 4 that this white circular-type area down in
4  the first landing is the area where you fell?
5  A. Yeah.
6  Q. But you're saying it didn't look like that when
7  you were coming down the stairs?
8  A. No.
9  Q. What was different about it?
10 A. I don't remember seeing this (indicating), this
11 big patch gone.
12 Q. When you slipped on the concrete, you say a
13 piece came loose?
14 A. Yeah. It felt like the concrete moved under my
15 foot.
16 Q. Do you know how big of a piece it was that came
17 loose?
18 A. No, I don't.
19 Q. Did you see anything on the stairs after you
20 slipped?
21 A. I actually got up, my knee was hurting so I
22 went, I walked over to where the trailer was.
23 Q. All right.
24 A. And Allen went around and got Jim. I really

Page 16

1  didn't look back at the steps or anything.
2  Q. Do you know if this is the condition of the
3  steps after you slipped?
4  A. I would assume so because Mr. Camby and Jim
5  went around and they said they looked at it. They
6  took pictures. They filled out the reports that they
7  needed to. They roped the steps off with caution
8  tape.
9  Q. When you fell can you describe the fall for me,
10 how you landed, that type of thing?
11 A. Well, when I landed, I landed on my knees and
12 my elbows.
13 Q. So you fell forward?
14 A. Yes.
15 Q. And what part of the stairs did you land on
16 when you fell forward?
17 A. I remember hitting the concrete and then I
18 rolled out into the parking lot.
19 Q. All right. So am I correct in saying that you
20 fell from this (indicating) landing forward down these
21 three stairs onto this bottom landing?
22 A. Yeah.
23 Q. And which of your feet actually slipped?
24 A. My right foot.

Page 17

1  Q. The foot closest to the railing?
2  A. Yes.
3  Q. And when it slipped, did it shoot forward or
4  did it do something else?
5  A. I don't know how to answer that.
6  Q. Do you recall or have no recollection?
7  A. I remember losing my footing. I don't remember
8  exactly which way my foot went.
9  Q. I'm just trying to find out if your ankle
10 twisted, if your foot shot forward.
11 A. I know I was trying to keep from losing my
12 balance because my foot went forward.
13 Q. It's my understanding that you weren't holding
14 the railing at that time because you were carrying the
15 box?
16 A. No, I wasn't holding the railing.
17 Q. And did one of your knees hit the pavement
18 first?
19 A. My right knee.
20 Q. Your right knee hit one of these stairs, is
21 that correct, on the way down to the other landing?
22 A. I know I rolled down, I hit several of the
23 stairs.
24 Q. At that particular time did anything hurt you

Mahoney — Case 1:05-cv-00163-GMS   Document 38-6   Filed 05/26/2006   Page 7 of 20
Tina L. Mahoney    v. Benjamin Banneker Elementary School and Milford School District
C.A. # 05-163 GMS    February 13, 2006

Page 18

1 other than your knee?
2 A. My elbows hurt a little bit, but that was
3 mainly because I had scraped them up pretty bad.
4     MR. SNYDER: Are you using knee singular
5 or plural?
6     MR. DOERLER: All right.
7 A. My one knee did hurt worse than the other one
8 did and when I went to the hospital they did X-rays on
9 both of my knees. Actually, the one knee he said that
10 if this one really didn't hurt, that wasn't a concern.
11 Q. You fractured your right kneecap?
12 A. Right kneecap, yes.
13 Q. All right. I'm going to try to kind of go
14 through your medical history and see if I have it
15 right.
16 A. Okay.
17 Q. All right. It's my understanding that you were
18 diagnosed with a fractured right kneecap and then you
19 were put into some type of a knee immobilizer?
20 A. Yes.
21 Q. What type of immobilizer was that? What type
22 of cast was it?
23 A. For the first two weeks it was a white collar
24 and it had the metal that went down the sides because

Page 19

1 they didn't want me to bend my knee at all because it
2 was broke all the way across and if I bent it, I could
3 risk my kneecap coming apart.
4 Q. So that wasn't an air cast at that point?
5 A. It was an immobilizer with metal braces on it.
6 Q. And then you got a different type of brace at
7 the end of July?
8 A. It's called a dial-in immobilizer.
9 Q. How long did you have that brace for?
10 A. Quite a while. I would say at least four, five
11 months.
12 Q. So you had that brace after you started
13 physical therarpy?
14 A. Yes.
15 Q. Can you describe for me on a scale of 1 to 10
16 the type of pain you were having say the first week
17 after the accident?
18 A. It was pretty painful and I had to keep ice on
19 my knee. I tried to take Percocet, but I couldn't
20 take that because it just made me sick.
21 Q. Did you take anything else besides Percocet?
22 Did you take aspirin or anything like that?
23 A. I took Advil, yeah.
24 Q. Did that help reduce the pain at all?

Page 20

1 A. It helped a little, not much.
2 Q. All right. And when you're talking about the
3 pain you're in at this point it's primarily your right
4 knee?
5 A. Yeah.
6 Q. And I'm not sure I got an answer to the
7 question on a scale of 1 to 10 it was your
8 understanding that first week of how bad the pain was?
9 A. The first week? I would say a 9.
10 Q. And how long did it remain at that pain level?
11 A. It was a couple of weeks.
12 Q. All right. So by the end of July it's starting
13 to feel a little bit better?
14 A. Yeah.
15 Q. So from a 9 down to a 7 at this point or
16 something lower?
17 A. Well, I could only put weight on my foot when I
18 was at the doctor's office. I wasn't allowed to put
19 no weight on my leg at all.
20 Q. All right. So even though you weren't using
21 your leg or putting weight on it, was it still hurting
22 you?
23 A. Yes. It would throb from time to time, like
24 ache really bad.

Page 21

1 Q. Then for approximately six weeks you were on
2 crutches. Is that right?
3 A. I was on crutches quite a while longer than
4 that.
5 Q. I'm not talking about surgeries. This is just
6 after the fall itself you were on crutches for more
7 than six weeks?
8 A. Yes.
9 Q. How long were you on crutches?
10 A. I wasn't allowed to put no weight on my leg.
11 Q. How long were you on crutches after the fall?
12 A. I'm going to say eight to ten weeks, maybe a
13 little longer.
14 Q. And it's my understanding that in the beginning
15 of September you started physical therapy. Is that
16 consistent with your recollection?
17 A. Probably, yes.
18 Q. And do you recall where you had the physical
19 therapy at that point?
20 A. I know it was right in Atco. Health & Wellness
21 I think it's called.
22 Q. But you're not 100 percent sure?
23 A. Advanced Health & Wellness.
24 Q. Is that with John McGrail?

Case 1:05-cv-00163-GMS    Document 38-6    Filed 05/26/2006    Page 8 of 20

Mahoney v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney                                C.A. # 05-163 GMS                                February 13, 2006

Page 22

1  A. Yes.
2  Q. And were you still on crutches at that point
3  when you started physical therapy?
4  A. Yes.
5  Q. And how was your pain level at that point?
6  A. Then it turned to a 10 because they actually
7  had to I guess stretch out I think it was the tendon.
8  Q. So when you went to physical therapy it started
9  to bother you more?
10 A. Yeah. Because they would have me lay on my
11 stomach and they would put weights on my ankles to
12 stretch something back out, I think it was the tendon
13 and ligaments.
14 Q. And did you get any other medications other
15 than Percocet from your physician?
16 A. He wanted to give me more, but I really didn't
17 want to take them because they made me throw up.
18 Q. But the only one that you actually tried was
19 Percocet?
20 A. John got I think it was some kind of Cortisone.
21 Q. John, the physical therapist?
22 A. Yes. It was a gel that they ultrasounded into
23 my knee.
24 Q. It was a gel that they what?

Page 23

1  A. They ultrasounded into my knee.
2  Q. And no other oral medications for pain?
3  A. No.
4  Q. In September, it's my understanding that at
5  this point you had physical therapy from September to
6  November, about midway through November. Is that
7  accurate?
8  A. Yes.
9  Q. And they were treating your right knee at that
10 point?
11 A. Yes.
12 Q. And were there any complaints of pain about
13 your left knee?
14 A. Yes. I had told Dr. Teja that my left knee
15 kept swelling up because I was on the crutches and I
16 guess that's what caused it to swell up.
17 Q. You're saying that you complained to Dr. Teja
18 while you were on crutches initially about your left
19 knee swelling up?
20 A. Yes.
21 Q. Did he offer you any treatment for that?
22 A. He actually wanted to send me for an MRI, but
23 he wanted to take care of the right knee first because
24 if he did both knees at once and he found problems and

Page 24

1  he did them both at once, that would pretty much put
2  me in bed for quite a while.
3  Q. So we're still talking about the first eight to
4  ten week period right after the fall where your knee
5  is swelling up?
6  A. Yes.
7  Q. And then in November you had an MRI, November
8  of '03, of your right knee and that's when they
9  discovered the torn meniscus. Is that right?
10 A. Yes.
11 Q. And you had that operated on initially January
12 7th of 2004?
13 A. Yes.
14 Q. Okay. So now I think this is where I'm getting
15 the six weeks. After this surgery were you on
16 crutches for approximately six weeks?
17 A. Yes. I was pretty much -- I was only allowed
18 to get up to go to the bathroom. That was it.
19 Q. After the surgery?
20 A. Yes. Because of my left knee swelling up so
21 much and the surgery on my right knee, I was only
22 allowed to get up to use the bathroom. That was it.
23 Q. Was your leg in a cast or anything at this
24 point?

Page 25

1  A. It was wrapped in like a gauze and he still had
2  me wear the immobilizer.
3  Q. And about a month and a half later it looks
4  like you started physical therapy on your knee. Is
5  that right?
6  A. Yes.
7  Q. Were you still on the crutches when you started
8  physical therapy?
9  A. I think I was. I'm pretty sure I was.
10 Q. How long were you on the crutches?
11 A. It wasn't that long after I started physical
12 therapy.
13 Q. The time that you were on crutches, the eight
14 to ten weeks after the initial fall, the six weeks
15 now, what were you unable to do around the house?
16 A. Pretty much I couldn't cook. I couldn't clean.
17 I couldn't really take care of my kids.
18 Q. How old are your kids or how old were your kids
19 in late 2003 into 2004?
20 A. We have two nine-year-old twins. One of our
21 sons was 17. The other one was 18.
22 Q. And they all live with you full time?
23 A. Yes.
24 Q. And they're all boys?

Case 1:05-cv-00163-GMS   Document 38-6   Filed 05/26/2006   Page 9 of 20

Mahoney                                                    v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney                    C.A. # 05-163 GMS                           February 13, 2006

Page 26

1  A. Three boys and one girl. The twins came every
2  weekend from Friday to Sunday. They didn't live with
3  us full time.
4  Q. Whose children are those?
5  A. They're Jim's.
6  Q. So they're your stepchildren?
7  A. Yes.
8  Q. And the two older children are yours?
9  A. The 17-year-old, yes, he was my natural.
10 Q. And the 18-year-old is the girl or one of the
11 twins is a girl?
12 A. One of the twins is a girl.
13 Q. So the 18-year-old son is a stepson?
14 A. Yes.
15 Q. And Jesse and the older stepson live with you
16 full time?
17 A. Yes.
18 Q. When you weren't on the crutches before the
19 accident, what types of things would you have to do to
20 take care of them around the house that you were
21 unable to do?
22 A. Cooking, cleaning, doing laundry. My oldest
23 stepson was getting ready to go to college. He was
24 trying to get some of his paperwork done.

Page 27

1  Q. And did the kids, the older kids help with the
2  cooking, cleaning and laundry?
3  A. Not really. I think Jim tried to do most of
4  it.
5  Q. Is there anything else that you can think of
6  that you weren't able to do other than cooking,
7  cleaning and laundry?
8  A. I couldn't go out and do any errands because I
9  wasn't allowed to drive.
10 Q. This is both the times, the first and second
11 time that you were on crutches you weren't allowed to
12 drive?
13 A. No.
14 Q. Who did you get to drive you around or did you
15 just stay home?
16 A. I would schedule my physical therapy for when
17 Jim would be home to take me.
18 Q. All right. It's my understanding after the
19 first surgery on your right knee and you started
20 physical therapy in February around the 20th that you
21 then had physical therapy on your right knee through
22 May 20th or so of 2004. Is that accurate?
23 A. Yes.
24 Q. And did the pain resolve in your right knee?

Page 28

1  A. I still had a lot of soreness, but it was
2  pretty much when I squatted down it felt like
3  something was stabbing into my knee.
4  Q. And where were you having to do squatting?
5  A. At physical therapy.
6  Q. All right. So at this point were you out of
7  work through May?
8  A. No, I wasn't. No.
9  Q. After you had the surgery when did you go back
10 to work?
11 A. The first time I stayed -- I couldn't go to
12 work. I had to stay home the whole six weeks.
13 Q. So after six weeks about the time you started
14 physical therapy you also started going back to work?
15 A. Yes. But it was only on light duty. He
16 allowed me to go back as long as I was going to not be
17 doing a lot of walking, that I would be doing a seated
18 position job.
19 Q. And there was work for you to do in a seated
20 position?
21 A. Yes.
22 Q. All right. It's my understanding during this
23 time you started to get some physical therapy for your
24 left knee as well?

Page 29

1  A. Yes.
2  Q. All right. And then I guess at some point you
3  had another MRI of your right knee because you still
4  had knee pain?
5  A. Once they do the surgery, they don't do an MRI
6  of the same knee. They can't tell. They have to
7  actually go in and take pictures.
8  Q. Okay. So because your knee was still bothering
9  you several months after the surgery, you then did
10 another surgery in June?
11 A. Yes. And that's the first time they tried to
12 repair the disk and they used what they call pins.
13 And they said it was a one-in-a-million chance that
14 some of them wouldn't dissolve. And that was the
15 problem that I was having. One of the pins didn't
16 dissolve and it was actually poking into I guess a
17 tendon or a muscle.
18 Q. Then you had physical therapy approximately two
19 weeks later I understand through the end of July. Is
20 that consistent with your recollection?
21 A. Yes.
22 Q. And then July 28th you had arthroscopic surgery
23 on your left knee, correct?
24 A. Yes.

Case 1:05-cv-00163-GMS    Document 38-6    Filed 05/26/2006    Page 10 of 20

Mahoney v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney                C.A. # 05-163 GMS                February 13, 2006

Page 30

1  Q. And that was for also a torn meniscus?
2  A. Yes.
3  Q. And then there's some reference in the records
4  to your physical therapy being delayed at this point
5  because of a car accident. Is that accurate?
6  A. I don't think it was, no.
7  Q. You don't recall your physical therapy being
8  delayed after your surgery on your left knee because
9  of a car accident?
10 A. No. I always went to therapy.
11 Q. Am I correct that you were in a car accident on
12 August 18th of 2004, correct?
13 A. Yes.
14 Q. And can you briefly describe that accident for
15 me, please?
16 A. It was after I left therapy. I was going to
17 put gas in my truck and a lady did an illegal U turn
18 and she hit into the side of my vehicle.
19 Q. And did you injure yourself in that accident?
20 A. My shoulder.
21 Q. Was that all?
22 A. I had whiplash in my neck and I have problems
23 with my shoulder.
24 Q. Are they still ongoing problems?

Page 31

1  A. Yes.
2  Q. Are you presently under any restrictions for
3  your shoulder or your neck?
4  A. No.
5  Q. Did you receive physical therapy for the
6  shoulder and neck injuries from that accident?
7  A. No.
8  Q. Did you have any problems with any of your
9  knees? Did they hurt you worse after the accident?
10 A. No.
11 Q. Do you recall when you started physical therapy
12 after the surgery on your left knee?
13 A. I think I started shortly after I had it done
14 because they didn't try to repair it. They just
15 resected it because they figured the pins that they
16 used, they didn't dissolve the first time I had
17 surgery done.
18 Q. I think I asked about your left knee and I
19 think you're answering a question about your right
20 knee.
21 A. Yeah.
22 Q. So you had some physical therapy after your
23 second right knee surgery?
24 A. Yes.

Page 32

1  Q. For a short time. Did you have any physical
2  therapy after the surgery on your left knee?
3  A. I think so, yes.
4  Q. Do you remember who that was with?
5  A. NovaCare in Atco.
6  Q. That surgery or that physical therapy went from
7  around August 5th through October 29th. Is that
8  consistent with your recollection?
9  A. I really can't remember. I know I was in
10 therapy, but I don't remember exactly when it started
11 and when it ended.
12 Q. So if my records for NovaCare indicate that you
13 started in August and ended in October, you would have
14 no reason to dispute that, correct?
15 A. Yeah.
16 Q. Were you getting physical therapy for both of
17 your knees at that point?
18 A. Yes.
19 Q. All right. Based upon my review of the records
20 and your work restrictions, see if this is correct.
21 It's my understanding that you had light-duty work
22 restrictions from July 15th, the day of the fall,
23 through November 10th of 2003. Is that accurate?
24 A. Mm-hmm.

Page 33

1       MR. SNYDER: That's a yes?
2       THE WITNESS: Yes.
3  BY MR. DOERLER:
4  Q. And by that, that was sitting in a chair type
5  restrictions, a sedentary job?
6  A. Yes.
7  Q. Then in November, around the 10th, through
8  January 7th when you had your first surgery, it's my
9  understanding that your restrictions were that you
10 could be on your feet but you could not bend, squat or
11 twist.
12      Is that consistent with your recollection?
13 A. Yes.
14 Q. And following your surgery in January of 2004
15 you were out of work through March 2nd of 2004. Is
16 that accurate?
17 A. Yes.
18 Q. And at that point Dr. Teja said you could
19 return to work in a light-duty sitting position. Is
20 that right?
21 A. Yes.
22 Q. And it's my understanding you had these
23 sedentary light-duty restrictions through the date of
24 your second surgery in June of 2004?

Mahoney — Case 1:05-cv-00163-GMS   Document 38-6   Filed 05/26/2006   Page 11 of 20
Tina L. Mahoney
v. Benjamin Banneker Elementary School and Milford School District
C.A. # 05-163 GMS
February 13, 2006

Page 34

1  A. Yes.
2  Q. It looks like after this June surgery you were
3  only out of work another two weeks and it looks like
4  Dr. Teja stated you could return to light-duty work.
5  Is that right?
6  A. Yes.
7  Q. And then you stayed on this light-duty work
8  through November 15th of 2004. Is that accurate?
9  A. Yes.
10  Q. And at that point in November 2004 it's my
11  understanding that you were able to return to your
12  full-duty job?
13  A. Yes.
14  Q. What problems are you having now as a result of
15  your knee injuries?
16  A. My knees swell up a lot if I do a lot of
17  walking or bending.
18  Q. Is it one or both knees?
19  A. Both.
20  Q. Is one worse than the other?
21  A. The right.
22  Q. When you say it occurs a lot, does that mean
23  twice a week, three times a week?
24  A. I would say three to four times a week. It

Page 35

1  depends on what I'm asked to do. I definitely can't
2  kneel on my knees because that puts me in pain and it
3  makes them swell up.
4  Q. Do you take any medications when they swell?
5  A. I've taken Vioxx, I think it's Betrex,
6  B-e-t-r-e-x.
7  Q. Are you currently still taking those?
8  A. No.
9  Q. How long did you take the Vioxx?
10  A. I think it was only for three to four weeks.
11  Q. This was after the surgery on your left knee?
12  A. This was after the second surgery.
13  Q. On your right knee?
14  A. Yes.
15  Q. So between the time that you had the second
16  surgery on your right knee and the time that you had
17  the surgery on your left knee, you were taking Vioxx?
18  A. Yes, for the swelling.
19  Q. During what period of time were you taking the
20  Betrex?
21  A. I think that was when I originally went to
22  Dr. Teja because of all of the swelling on my knee.
23  Q. So that was before the surgeries?
24  A. Yes.

Page 36

1  Q. Do you know how long you were on the Betrex?
2  A. I would say about a month.
3  Q. Okay. It's my understanding that there was
4  light-duty work available for you after your surgery,
5  right?
6  A. Yes.
7  Q. By "light duty" you were talking about a
8  sedentary position?
9  A. Yes.
10  Q. Primarily sitting?
11  A. Yes.
12  Q. Is that type of position available to you on a
13  regular basis?
14  A. There's times when I do do logs because after I
15  walk for so long or I'm doing a lot of squatting it
16  starts affecting my knees or if I'm climbing stairs.
17  I mean, every couple of months I do get Cortisone
18  shots and steroids, but...
19  Q. Who is giving you those shots?
20  A. Teja was for a while and then I had problems
21  with workmen's comp, so I went to my own doctor,
22  Dr. Pearson.
23  Q. Dr. Pearson is currently giving you these
24  shots?

Page 37

1  A. The last time was quite a while ago.
2  Q. Can you give me some estimate as to when that
3  was?
4  A. I know it was like the beginning maybe of 2005
5  because there's times when fluid builds up on my right
6  knee and I have to have it drained.
7  Q. So you haven't had a steroid or Cortisone shot
8  since the beginning of 2005. Is that right?
9  A. Yes. Because I get red welts when I have them
10  now, so I don't...
11  Q. You get welts somewhere other than your knee?
12  A. No. I get the welts wherever I get the
13  injections at. And I don't...
14  Q. If you wanted to work in a sedentary job with
15  Plymouth, a sitting type job every day, is that
16  possible?
17  A. If I wanted to take a drop in pay, yes.
18  Q. You talked about your knees swelling with
19  walking. About how long do you have to walk before
20  your knees start to swell?
21  A. I can walk quite a distance as long as I don't
22  have to climb stairs. But when I have to go up and
23  down stairs, it's a shorter period of time that I can
24  walk.

Case 1:05-cv-00163-GMS   Document 38-6   Filed 05/26/2006   Page 12 of 20

Mahoney                                                                        v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney                     C.A. # 05-163 GMS                                                February 13, 2006

Page 38

1  Q. So am I correct in saying that you could work,
2  if you didn't have to do stairs throughout the day you
3  could probably walk all day and be fine?
4  A. As long as I had -- like I can work all the way
5  up to lunchtime and maybe an hour before lunch they
6  start bothering me. But once I sit, a lot of times
7  I'll try to find ice if they're bothering me really
8  bad to put on them.
9  Q. All right. So even if you're not doing stairs,
10 your knees sometimes do bother you?
11 A. Yes.
12 Q. And, again, that's three to four times a week?
13 A. Yeah.
14 Q. And you indicated that they bother you with
15 bending?
16 A. Yeah.
17 Q. And that's when you're doing what type of
18 bending?
19 A. Well, we have to tape down the bottoms of poly.
20 We have to lay on floors when we're prepping.
21 Q. So am I correct in saying that you're actually
22 physically on your knees at that point or is it the
23 squatting that's bothering you?
24 A. No. Sometimes I just squat down because I know

Page 39

1  if I kneel that it's going to hurt.
2  Q. How often during the five-day work week would
3  you be involved in taping poly where you would have to
4  squat or bend?
5  A. It depends on the size of the job.
6  Q. Last week how often were you involved, how many
7  days during that week were you involved in bending or
8  squatting to put down this poly?
9  A. It was pretty much a wrap and cut job, so it's
10 pretty hard to say.
11 Q. What is a wrap and cut job?
12 A. It's pipe insulation. We just wrapped the pipe
13 with poly and cut it out.
14 Q. So in that particular job you may not have had
15 to do a whole lot of bending and squatting, correct?
16 A. Yeah.
17 Q. Can you give me an estimate of the jobs that
18 you have that involve -- what did you say? Wrap and
19 poly? Is that what you said?
20 A. Yeah.
21 Q. As opposed to something where you have got to
22 do some floor work?
23 A. I don't have to squat down. I don't have to
24 kneel. I don't have to crawl along and try to -- we

Page 40

1  got to final clean and we got to prep too.
2  Q. These are the wrap and poly jobs?
3  A. No. That's the floor tile.
4  Q. All right. So you got to be on your knees on
5  these floor jobs more, correct?
6  A. Yes.
7  Q. Do you have any sense or can you estimate for
8  me that 50 percent of your jobs are these floor-type
9  jobs and 50 percent of your jobs are these wrap and
10 poly jobs?
11 A. Well, prepping the job is like a big percentage
12 of the work.
13 Q. Regardless of the type?
14 A. Yeah. In most of the states you have to prep
15 the whole work area.
16 Q. "Prep" meaning clean the floors and things like
17 that?
18 A. And putting the poly up.
19 Q. And would that involve work on the floor where
20 you have to be bending and squatting?
21 A. Yes.
22 Q. This is the prep work?
23 A. Yes. Because the walls have to actually be
24 sealed and so if we're doing a floor, the bottoms of

Page 41

1  the walls have to be sealed.
2  Q. And is it my understanding that somebody is
3  doing the bottom, the bottom work and somebody is
4  doing the top work when you're sealing these walls?
5  A. It depends on how many people are there to
6  prep. Most of the time somebody will do the high work
7  and then somebody will come behind and do the lower
8  work.
9  Q. All right. When you're involved are you
10 normally doing the lower work or the high work?
11 A. I actually do the lower work because climbing
12 up and down on a scaffold I sometimes forget and just
13 climbing up and down on the scaffold it affects my
14 knees.
15 Q. That affects your knees more than the bending
16 and squatting?
17 A. Well, when you have to put your leg up and over
18 and you twist sideways, sometimes -- I mean, there's
19 been an occasion to where I actually could sprain my
20 knee by doing that.
21 Q. Have you sprained your knee doing that?
22 A. When you pivot I don't know exactly what it
23 does, but...
24 Q. Does it cause you pain when you're pivoting?

Case 1:05-cv-00163-GMS   Document 38-6   Filed 05/26/2006   Page 13 of 20

Mahoney v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney                    C.A. # 05-163 GMS                    February 13, 2006

Page 42

1  A. Yes.
2  Q. Okay.
3  A. And there's no other way of getting off of a
4  scaffold except to swing yourself around.
5  Q. How many times a week are you having to ice
6  your knees?
7  A. I would say two to three times.
8  Q. At this point in time how many times a week are
9  you taking a medication of some type, whether it's
10 Advil, Tylenol, anything like that as a result of knee
11 pain?
12 A. I actually try to use ice or heat just to
13 relieve some of the pain.
14 Q. Dwayne Combs and James Doerr have been
15 identified as witnesses as to your damages. Are
16 either of those individuals related to you?
17 A. No.
18 Q. Is Mr. Lawson related to you?
19 A. No.
20 Q. How long have you known Mr. Combs?
21 A. Quite some time. I don't remember how many
22 years he's been working with us, but...
23 Q. Did he work with you prior to your starting to
24 work at Plymouth Environmental?

Page 43

1  A. I'm not for sure. I think he did, but I can't
2  be for sure.
3  Q. Is Mr. Combs a friend of yours outside of work?
4  A. No.
5  Q. Mr. Doerr, how long have you known him?
6  A. For quite some time.
7  Q. All right. Did he work with you prior to your
8  starting to work at Plymouth Environmental?
9  A. I know he worked at RMI, but for quite a while
10 he didn't work at Plymouth and then about a year and a
11 half, two years ago, maybe three years ago, he started
12 working with Plymouth.
13 Q. You fell in July of 2003, correct?
14 A. Yes.
15 Q. How long had he been with Plymouth at that
16 point? Do you recall?
17 A. I think it was after that that he started
18 working with Plymouth.
19 Q. So Mr. Doerr wasn't working with you at
20 Plymouth prior to when you fell?
21 A. No.
22 Q. And how long have you been working with
23 Plymouth?
24 A. I would say ten or eleven years.

Page 44

1  Q. Did you come over and join Plymouth the same
2  time as your husband?
3  A. Yes.
4  Q. When you're on the job sites do you get
5  involved in the demolition at all or do you just
6  primarily do prep work?
7  A. I try to stay away from any like demolition and
8  stuff. So I'm the best prepper and glove bag person
9  that Jim has, so that's pretty much what I do most of
10 the time.
11 Q. And in that job that you're prepping does that
12 involve lifting of any type?
13 A. Sometimes, yeah.
14 Q. What's the heaviest thing you have to lift on a
15 routine basis?
16 A. Poly.
17 Q. And how much does that weigh? Do you have any
18 idea?
19 A. I don't know. I would say 60, 70 pounds.
20 Q. And you're able to lift that?
21 A. Yeah.
22 Q. How often during a day do you have to lift a
23 roll of poly, right? How often do you have to lift
24 that during the day?

Page 45

1  A. Actually I usually ask somebody else to go get
2  it for me.
3  Q. And then once it's there you're able to roll
4  out what you need?
5  A. Yes.
6  Q. Do any of your doctors have you on lifting
7  restrictions at this point?
8  A. No.
9  Q. And after you went to the hospital on the date
10 of the accident it's my understanding that you
11 returned to the job site? Is that correct?
12 A. Yes.
13 Q. And --
14 A. We were staying over on that job. We lived in
15 New Jersey and it was in Delaware.
16 Q. So you just returned to the site to wait for
17 Mr. Mahoney to take you home later in the day?
18 A. Yeah, pretty much.
19 Q. And I understand that you came to work the next
20 day. Were you able to do anything the next day?
21 A. No.
22 Q. Let me hand you something, MSD 0026, which
23 appears to be the daily log record from the day after
24 the fall.

Case 1:05-cv-00163-GMS   Document 38-6   Filed 05/26/2006   Page 14 of 20

Mahoney                                          v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney            C.A. # 05-163 GMS                              February 13, 2006

Page 46

1  Q. Is this particular document in your
2  handwriting?
3  A. Yes.
4  Q. So on that next day you were able to actually
5  fill out these work logs, correct?
6  A. Yes.
7  Q. And was that something that you would normally
8  do as a light-duty sedentary job, fill out the work
9  logs?
10 A. Yes.
11 Q. So I believe earlier your husband said you
12 didn't do anything the couple of days that you came
13 back afterwards. But it's my understanding now that
14 you were able to do some sedentary jobs such as
15 writing out these work logs?
16 A. Sometimes I did do them, yeah.
17 Q. And then it appears around July 21st or so you
18 stopped coming in. Can you explain to me why that
19 was?
20 A. I don't really remember, to be honest with you.
21 I know it was a problem for me to get to work because
22 I had to keep my one leg straight.
23 Q. To get to work from where?
24 A. From New Jersey to Delaware.

Page 47

1  Q. The records I have show that it looks like you
2  came in for a couple of days in July after the fall
3  and then --
4  A. Well, the date that it happened we had already
5  rented a motel for the week.
6  Q. I understand. And around July 21st your name
7  stops appearing on the daily list and then in August
8  it starts to appear again, August 4th or so it shows
9  back up.
10     Was there a period of time that you just
11 decided you weren't going to come in?
12 A. Actually, I had spoke with Mr. Kelly and I
13 explained to him that I had an immobilizer on my leg
14 and that it was pretty hard to get to work. I
15 couldn't drive myself and to try to get in the front
16 of the work truck was impossible.
17 Q. All right. So that was the reason you stayed
18 home, just difficulty in getting to work?
19 A. Pretty much. And they were doing removal, so
20 there was really nothing for me to do except logs or
21 something like that. But it was still a matter of me
22 being able to actually get in a vehicle and get to
23 work.
24 Q. Were you able to do prep work with an

Page 48

1  immobilizer on your knee?
2  A. No. I couldn't bend my leg at all.
3  Q. It's my understanding that there were safety
4  meetings held in the mornings. Is that your
5  recollection?
6  A. Yes.
7  Q. What types of things are discussed at these
8  safety meetings?
9  A. We use water around electric. We also use
10 water around poly. I mean, the poly is usually wet,
11 so we usually have cords running across our work area.
12 Q. You're presently involved in marriage
13 counseling, correct?
14 A. Yes.
15 Q. And what's your recollection as to when that
16 started?
17 A. I don't actually remember when.
18 Q. I believe your husband testified it was about a
19 year and a half ago. I think he said one to two
20 years.
21     Is that consistent with your recollection?
22 A. Yes.
23 Q. Can you briefly tell me what types of things
24 brought you to marriage counseling?

Page 49

1  A. I would grant to say that it was my attitude.
2  Q. What type of attitude were you having that was
3  creating a problem?
4  A. Well, my self-image. I didn't feel the same
5  way about myself because I couldn't do a lot of the
6  things that I used to.
7  Q. What things were you unable to do?
8  A. Well, I used to work out every day. I think
9  that was one of my biggest problems, the way I felt
10 about myself because I could no longer do that.
11 Q. Anything else?
12 A. Not being able to do a lot of the things that I
13 used to do at work.
14 Q. Now, it's my understanding -- correct me if I'm
15 wrong -- that you're presently able to do everything
16 that you used to do at work. It's just now it causes
17 you some pain. Is that accurate?
18 A. I guess you could say that, yes.
19 Q. And you say you worked out. What type of a
20 workout would you do?
21 A. Aerobics, treadmill, bicycle, weights.
22 Q. Have you started doing any type of exercise
23 recently or since? Let me rephrase that.
24     When did you stop doing the aerobics and

Case 1:05-cv-00163-GMS   Document 38-6   Filed 05/26/2006   Page 15 of 20

Mahoney                                                    v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney                 C.A. # 05-163 GMS                                    February 13, 2006

Page 50

1  the treadmill and the weights?
2  A. Since I have gotten into it, I was told that I
3  should stay to low-impact aerobics. For the first
4  year and a half I wasn't allowed to do anything except
5  what the physical therapist had me do when I went
6  there.
7  Q. What are your restrictions now with respect to
8  working out?
9  A. No running, no jogging, no high-impact
10 aerobics.
11 Q. And are you, in fact, doing any type of workout
12 at this point?
13 A. I still walk on my treadmill and I ride my
14 exercise bike.
15 Q. Since you started doing some type of low-impact
16 working out, has that helped your attitude at all?
17 A. Not really because to me I'm not working out my
18 muscles like I need to.
19 Q. Which doctor told you to do low-impact aerobics
20 with no running or jogging?
21 A. Dr. Teja.
22 Q. And he's still got those restrictions in place?
23 A. Yeah.
24 Q. And other than the marriage counseling, have

Page 51

1  you received any other type of psychological or
2  psychiatric counseling?
3  A. No.
4  Q. I see that you wear glasses. What do you wear
5  the glasses for?
6  A. Pretty much reading, driving.
7  Q. Are you nearsighted, farsighted?
8  A. Farsighted.
9  Q. And that means you can see far but not near or
10 is it the other way around?
11 A. I think it's the other way around.
12 Q. So you can see near but not far?
13 A. Yeah.
14 Q. Can you tell me do you have an optometrist that
15 you normally go to, your eye doctor?
16 A. Yeah. I can't think of the name though.
17    THE WITNESS: Do you know what her name
18 was?
19 Q. You have to testify to your recollection. If
20 you don't remember, you don't remember.
21 A. I don't remember her name.
22 Q. When was the last time you saw her?
23 A. Probably about a year ago, year and a half.
24 Q. It's my understanding that Plymouth

Page 52

1  Environmental paid you for the time that you missed
2  work. Is that correct?
3  A. Yes.
4  Q. And that you're not at this point making a loss
5  wage claim in this case. Is that right?
6  A. Yes.
7  Q. Do you have any scars on your knees?
8  A. Small ones, yes.
9  Q. All right. On your right knee, what type of
10 scars do you have on your right knee?
11 A. I have six small marks where they did the
12 incisions.
13 Q. Are they kind of circular marks?
14 A. They're just small marks, maybe a quarter of an
15 inch.
16 Q. So they're like lines but about a quarter inch
17 long?
18 A. Yeah.
19 Q. How about on your left knee?
20 A. Three.
21 Q. The same size?
22 A. Yes.
23 Q. Is Dr. Pearson the only family doctor that you
24 have seen in the last ten years?

Page 53

1  A. Yeah. Well, no.
2     Yeah. I think so.
3  Q. Is he your primary care physician?
4  A. Yes.
5  Q. And he's been your primary care physician for
6  at least the last ten years?
7  A. No. Because we lived in Atco for nine years.
8  Before that we lived in Gloucester.
9  Q. Do you remember who your doctor was there?
10 A. No, I don't.
11 Q. Have you ever served in the military?
12 A. No.
13 Q. Was I correct in indicating or did you testify
14 earlier that you had pain in both of your knees after
15 the accident, immediately after the accident?
16 A. No. Just my one knee.
17 Q. You had abrasions on both knees but you only
18 had pain in the one knee?
19 A. Yes.
20 Q. There's an indication in the hospital emergency
21 room records that you had a prior knee injury three
22 years ago.
23    Do you recall telling the nurses that?
24 A. I remember saying -- they asked me if I had a

Case 1:05-cv-00163-GMS    Document 38-6    Filed 05/26/2006    Page 16 of 20

Mahoney                                          v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney                 C.A. # 05-163 GMS                      February 13, 2006

Page 54

1  prior knee injury. And I said I kneeled, when I
2  kneeled down on my knee -- we were doing a tile job.
3  But it wasn't -- I didn't go to the hospital for it or
4  anything like that.
5    Q. So you somehow injured your knee approximately
6  three years before the date of this accident but you
7  didn't get any treatment for it?
8    A. No.
9    Q. And exactly what did you do at that time to
10 hurt your knee?
11   A. I was kneeling and I guess there was something
12 on the floor I kneeled on and it just left a bruise on
13 my knee.
14   Q. Okay. So you had a bruise and that was the
15 only problem with your knee?
16   A. Yes.
17   Q. Did you fill out a workmen's comp form or
18 anything for that injury?
19   A. No.
20   Q. Now, Dr. Teja's record from July 18th, three
21 days after the fall, he indicates that your only
22 complaint is of pain along the anterior aspect of the
23 right knee.
24       Three days later your right knee was the

Page 55

1  only knee bothering you?
2    A. Could you --
3    Q. His records indicate three days later that your
4  only complaint was about pain in your right knee. Is
5  that consistent with your recollection?
6    A. Yes.
7    Q. His notes indicate three days later that you
8  had been out of work. It's my understanding that you
9  actually were at work based upon these worksheets. Is
10 that accurate?
11   A. Yes. The first couple of days I was at work.
12   Q. This is the 18th, which is three days after the
13 accident.
14   A. We were out of town, so I had to...
15   Q. Now, there's a history form here from
16 Dr. Teja's records from July 25th, approximately two
17 weeks afterwards, and it says, "Left knee fracture,
18 need to have right knee checked, lump on knee."
19       But your fracture was actually to your
20 right knee, correct?
21   A. Yes.
22   Q. And what knee did you have a lump on?
23   A. It was the right knee.
24   Q. So on that particular day two weeks later were

Page 56

1  you having left knee pain at that point?
2    A. Yes. My knee was swelling up.
3    Q. Okay. And the slight lump on the front of your
4  knee was on your right knee?
5    A. Yes.
6    Q. And Dr. Teja's notes indicate that he talked to
7  you about your right knee and indicated that he told
8  you not to be concerned or he was not too concerned
9  about it and it was most likely just a bruise.
10       Did he have that conversation with you at
11 that time?
12   A. My left knee, yeah.
13   Q. All right. Then about two weeks later on
14 August 15th he's got a record and he indicates that he
15 said you presented today without any significant
16 complaints; that your knee is a little sore when you
17 put weight across it.
18       Is that consistent with your recollection
19 at that time in August, about a month later?
20   A. For which knee?
21   Q. I'm assuming it's your right knee. There's no
22 reference to your left knee in here.
23       MR. SNYDER: Which note are you referring
24 to?

Page 57

1        MR. DOERLER: August 15th. It says, "She
2  is four weeks, three days status post-fracture of her
3  right patella. She presents today without any
4  significant complaints."
5    A. Well, I wasn't bending it or anything at that
6  time.
7    Q. Again, his note doesn't refer to your left knee
8  at this point a month later.
9    A. Okay.
10   Q. Do you recall whether you complained to him
11 about your left knee at this point?
12   A. Yes. I actually showed him that my left knee
13 was swollen up from walking on the crutches.
14   Q. I saw that reference in July, two weeks or so
15 after the fall or about ten days after the fall, but I
16 don't see it in August.
17       Was this a repeated complaint that you
18 were making to him?
19   A. Yes. I had a lot of problems with workmen's
20 comp also because Dr. Teja wanted preapproval.
21   Q. For your office visits?
22   A. Yes.
23   Q. Were you sent to Dr. Teja by your employer?
24   A. Yes.

Mahoney — Case 1:05-cv-00163-GMS   Document 38-6   Filed 05/26/2006   Page 17 of 20
Tina L. Mahoney   v. Benjamin Banneker Elementary School and Milford School District
C.A. # 05-163 GMS   February 13, 2006

Page 58

1  MR. SNYDER: Let's go off the record for a
2  second.
3       (Discussion off the record.)
4  BY MR. DOERLER:
5  Q. On September 10th of 2004 Dr. Teja's note says,
6  "She has been out of physical therapy for the past
7  three weeks secondary to her family doctor not
8  approving her to go back to physical therapy over a
9  motor vehicle accident."
10      Does that refresh your recollection at all
11 about not having gone to physical therapy due to the
12 motor vehicle accident?
13 A. I had called I'm pretty sure it was NovaCare at
14 the time and --
15      MR. SNYDER: Excuse me. You mean
16 September 10, 2004?
17      MR. DOERLER: I'm sorry. Yes. That's
18 correct.
19      MR. SNYDER: Go ahead. I'm sorry to
20 interrupt.
21 A. They said that wouldn't affect the physical
22 therapy that I had to do on my knees.
23 Q. I'm sorry. Could you state that answer one
24 more time?

Page 59

1  A. The accident, it was a shoulder injury and my
2  neck was sore for a while. When I called and I talked
3  to I can't think of his name at NovaCare he said to
4  still come on in because there wasn't nothing -- it
5  was just my knees that they wanted to work on.
6  Q. I see here in September of 2004 there's a note
7  that he aspirated your left knee to remove some fluid
8  on your left knee. Is that the only time that
9  occurred?
10 A. Yes.
11 Q. On December 30th of 2004 Dr. Teja notes some
12 increased pain and it says that "The pain is totally
13 different than any pain she has had in the past with
14 us."
15      Do you recall getting a different type of
16 pain in or around December of 2004?
17 A. Not really, no.
18 Q. With respect to your right knee, when you get
19 pain in the knee where is it located?
20 A. Usually either in the front or around the side.
21 Q. The front?
22 A. Yes.
23 Q. The very front, like right in the middle of the
24 front or the front in the right-hand side?

Page 60

1  A. It's usually on actually the left side.
2  Q. The left side of your right knee?
3  A. Yes. I usually get like an egg that swells up
4  on the back of it or the side of my leg actually.
5  Q. That's for your right knee?
6  A. Yes.
7  Q. And when you get pain in your left knee where
8  is that usually located?
9  A. The same spot, except on the right side.
10 Q. So the inside of both of your knees?
11 A. Yes.
12 Q. And you don't recall your pain shifting in any
13 manner throughout this postsurgery recovery period?
14 A. I don't remember --
15 Q. Let me rephrase that question because I don't
16 think you had finished all of your surgeries at that
17 point.
18      Do you recall your pain being in any other
19 location than where you just described it?
20 A. The only time I remember a lot of pain is right
21 after I went through my first surgery and he had
22 repaired my disk with darts and when I started therapy
23 when they bent my leg it was like something was
24 stabbing into my knee.

Page 61

1  Q. And that was after the first surgery?
2  A. Yes.
3  Q. But other than that, once your pain became
4  somewhat steady it never really shifted on you?
5  A. Not really, no. The only other time that I can
6  remember is when they were stretching my tendons.
7  Q. This was after which surgery?
8  A. I would say the first surgery. The second.
9  The second surgery.
10 Q. The second surgery on your right knee?
11 A. Yes.
12 Q. You may have already answered this, but the
13 physical therapy that you started with John McGrail in
14 September of 2003, that's the first time you went for
15 physical therapy. There's references in this therapy
16 to both of your knees. But it's my understanding that
17 you actually were treating only for your right knee at
18 that point?
19 A. Yes.
20 Q. What type of shoes were you wearing on the date
21 that you fell?
22 A. I don't really remember.
23 Q. Do you remember if you were wearing pants or
24 shorts?

Case 1:05-cv-00163-GMS   Document 38-6   Filed 05/26/2006   Page 18 of 20

Mahoney v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney    C.A. # 05-163 GMS    February 13, 2006

Page 62

1  A. I don't really remember that neither.
2  Q. Do you remember seeing any employees of the
3  school district in the building when you were working
4  in there?
5  A. Yes. There was maintenance workers that were
6  moving furniture.
7  Q. And how long were they in there? Do you
8  recall?
9  A. When we originally started the job they were
10 there and they were there for a couple of weeks
11 afterwards also.
12 Q. So let me see if I got that answer straight.
13    They were there a couple of weeks when you
14 started the job?
15 A. Yes.
16 Q. What were they doing?
17 A. Moving furniture.
18 Q. Were they there on a daily basis?
19 A. I don't know if they were actually there on a
20 daily basis. I know they were there at least two or
21 three times a week.
22 Q. Do you know how long they stayed when they were
23 there?
24 A. Long enough like if they were taking the

Page 63

1  furniture over to the school, they would load it on
2  the truck, take it over and then they would come back
3  and they would either move furniture into the gym or
4  they would reload the truck again.
5  Q. So basically one, maybe two trips of moving
6  furniture a day?
7  A. Yes.
8  Q. And do you recall seeing any maintenance
9  workers outside of the building?
10 A. Only to like do the grass, to mow the grass.
11 Q. Do you recall when you saw them mowing the
12 grass? Was it before the accident, after the
13 accident?
14 A. I think it was before the accident.
15 Q. What makes you think it was before the
16 accident?
17 A. Because I remember the grass being cut.
18 Q. Am I correct that when you went down the stairs
19 that was the first time you had gone down those
20 stairs?
21 A. Yes.
22 Q. Are you aware of anyone else from Plymouth
23 using those stairs prior to the date you fell?
24 A. No.

Page 64

1  Q. Are you aware of any other injuries to Plymouth
2  employees on the site, this particular site prior to
3  the day of the accident?
4  A. No.
5  Q. Do you recall receiving any training in looking
6  for slip-and-fall-type hazards?
7  A. In our work areas, yeah.
8  Q. What type of training did you receive?
9  A. Safety training because we use water around
10 electric. We have cords that run into the area or out
11 of the area. Our microtraps actually have to run by
12 electric and sometimes they have to be in the area.
13 Q. The training that you received, is it pretty
14 much just to be aware that there are tripping hazards
15 and to look out for them?
16 A. Yes. Because we use water on poly which is
17 pretty slippery and cords, when there's cords ran for
18 different things that we use.
19 Q. All right. But you agree with me there could
20 be tripping hazards on a particular job site even
21 outside of your work area, correct?
22 A. Yeah. I guess.
23    MR. DOERLER: This may disappoint you, but
24 I think I'm done.

Page 65

1     MR. SNYDER: Let me just ask you one
2  question. This may open up Pandora's box.
3     MR. DOERLER: No guarantees.
4  BY MR. SNYDER:
5  Q. You are scheduled to see Dr. Teja?
6  A. Yes.
7  Q. When's your appointment?
8  A. The 23rd.
9  Q. Of February?
10 A. Yes.
11 Q. Why are you scheduled to see him?
12 A. Because I have had a lot of problems with my
13 knees.
14 Q. Has there been any delay in seeing Dr. Teja
15 that is unrelated to your medical conditions,
16 specifically for insurance reasons?
17 A. AIG, I tried to contact Susan Berger so I could
18 get a visit because when I called Dr. Teja when I was
19 having problems he said that Susan Berger or someone
20 from her office had to approve the visit before they
21 could schedule me in.
22 Q. And is it your understanding now that any
23 differences between AIG and their adjustor Susan
24 Berger and Dr. Teja's office has been resolved?

17 (Pages 62 to 65)

Mahoney  Case 1:05-cv-00163-GMS   Document 38-6   Filed 05/26/2006   Page 19 of 20
Tina L. Mahoney                                                      v. Benjamin Banneker Elementary School and Milford School District
                C.A. # 05-163 GMS                                    February 13, 2006

Page 66

1  A. Yes.
2     MR. SNYDER: Thank you.
3     MR. DOERLER: I'm sorry. That did raise
4  some questions.
5  BY MR. DOERLER:
6  Q. When was the last time you saw Dr. Teja?
7  A. I think it was January of 2005.
8  Q. So about a year ago?
9  A. Yeah.
10 Q. Is it my understanding based upon the
11 conversation that you just had or the questioning from
12 your attorney that there were times during the last
13 year that you wanted to see Dr. Teja but were unable
14 to because of worker's compensation issues?
15 A. Yes.
16 Q. And what types of issues are you presently
17 having that you want Dr. Teja to take a look at?
18 A. I get a lot of swelling on both of my knees.
19 Like when I go up and down stairs or I'm walking, my
20 right knee has been giving me a lot of pain.
21 Q. And when was it that you started to try and see
22 Dr. Teja?
23 A. It was only a few months later.
24 Q. So basically since last spring you've been

Page 67

1  trying to see Dr. Teja and you couldn't because of
2  worker's compensation difficulties?
3  A. I called Susan Berger and I talked to her and I
4  asked her if she could give approval for me to go to
5  the doctor's and she said that's not the way they do
6  things.
7     So I called one of Dr. Teja's secretaries
8  to talk to her about the workmen's comp and she said
9  unless they had preapproval that they wouldn't
10 schedule me for a visit.
11 Q. All right. And did you see Dr. Pearson in the
12 meantime to try to get a different kind of referral?
13 A. I did go in to see him. He drained my knee and
14 he gave me a corticosteroid shot.
15 Q. Did you ask him for a referral to an orthopedic
16 doctor?
17 A. No, not really because I wanted to go back to
18 Dr. Teja because he's the one that did the surgeries
19 and he actually said it was better to go back to the
20 doctor who performed the surgeries because they know
21 what your injuries are and what's been done to improve
22 it.
23 Q. You have health insurance, correct?
24 A. Yes.

Page 68

1  Q. Did you contact your health insurance carrier
2  to ask them if they would approve a referral to
3  Dr. Teja?
4  A. They said that they would approve
5  corticosteroid shots; they would approve for me to
6  have my knee drained, but anything further than that,
7  no; that that was a workmen's comp claim.
8  Q. Did the Cortisone shot help?
9  A. Yes.
10 Q. Did the steroid shot help?
11 A. Yes.
12 Q. Did you get those shots the same day?
13 A. They were mixed. It's called a corticosteroid
14 shot.
15 Q. When did you get that shot?
16 A. I don't remember the exact date.
17 Q. Was it over the summer? Was it in the fall?
18 A. I think it was during the winter actually.
19 Q. This past winter, like November, December of
20 last year?
21 A. I think it was maybe March.
22 Q. Of 2005?
23 A. Yes. I'm not for sure of the date though.
24 Q. Well, you said that you stopped -- your last

Page 69

1  visit with Dr. Teja was sometime in January of '05.
2  So this was a couple of months later that you got this
3  injection?
4  A. Yes.
5  Q. How long did you get relief from that
6  injection?
7  A. I would say about between six and eight weeks.
8  Q. And after your knee started to bother you again
9  did you call Dr. Pearson and try to get another
10 injection?
11 A. Well, he said they couldn't do them that close.
12 Q. And it's now almost nine months later. Have
13 you tried to get another shot after that initial
14 six-week period?
15 A. Well, I had so many problems with our health
16 insurance paying Dr. Pearson that I tried to work it
17 out with Dr. Teja and Susan Berger from workmen's comp
18 and I pretty much didn't get anywheres.
19    MR. DOERLER: That is my last question.
20    MR. SNYDER: That's it. Thank you, Tina.
21    (Deposition concluded at 5:05 p.m.)
22
23
24

Case 1:05-cv-00163-GMS   Document 38-6   Filed 05/26/2006   Page 20 of 20

Mahoney                                      v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney                C.A. # 05-163 GMS                            February 13, 2006

Page 70

```
 1              I N D E X
 2   DEPONENT:  TINA L. MAHONEY           PAGE
 3      Examination by Mr. Doerler      2
        Examination by Mr. Snyder      65
 4      Examination by Mr. Doerler     66
 5
     (There were no exhibits marked for identification.)
 6
     ERRATA SHEET/DEPONENT'S SIGNATURE    PAGE 71
 7
     CERTIFICATE OF REPORTER              PAGE 72
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 72

```
 1   State of Delaware  )
                        )
 2   New Castle County  )
 3
 4           CERTIFICATE OF REPORTER
 5
         I, Kurt A. Fetzer, Registered Diplomate
 6   Reporter and Notary Public, do hereby certify that
     there came before me on Monday, February 13, 2006, the
 7   deponent herein, TINA L. MAHONEY, who was duly sworn
     by me and thereafter examined by counsel for the
 8   respective parties; that the questions asked of said
     deponent and the answers given were taken down by me
 9   in Stenotype notes and thereafter transcribed by use
     of computer-aided transcription and computer printer
10   under my direction.
11       I further certify that the foregoing is a true
     and correct transcript of the testimony given at said
12   examination of said witness.
13       I further certify that I am not counsel,
     attorney, or relative of either party, or otherwise
14   interested in the event of this suit.
15
16
17       Kurt A. Fetzer, RDR, CRR
         Certification No. 100-RPR
18       (Expires January 31, 2008)
19
     DATED:
20
21
22
23
24
```

Page 71

```
 1
 2
 3          REPLACE THIS PAGE
 4          WITH THE ERRATA SHEET
 5          AFTER IT HAS BEEN
 6          COMPLETED AND SIGNED
 7          BY THE DEPONENT.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```