# EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES MAHONEY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 05-163 GMS |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| BENJAMIN BANNEKER | ) | |
| ELEMENTARY SCHOOL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF JAMES KELLY

STATE OF DELAWARE      )         SS:
NEW CASTLE COUNTY    )

BE IT REMEMBERED that on this _14th_ day of _June_, 2006 personally came

before me, the subscriber, who being duly sworn according to law, deposes and says:

1.      I am James Kelly.  I am over 21 years old.  I am a U.S. Citizen and a resident of the State

of Delaware.  I am otherwise competent to make this affidavit.

2.      I am employed by Plymouth Environmental Co., Inc. ("Plymouth").  My title is President.

My duties include overseeing the daily operations of the company, including evaluating potential

work, estimating projects, accounting, making sales, finding the appropriate laborers and

allocating crews to the particular job sites, along with generally approving all of the projects

undertaken by the company.

3.      In connection with my duties, I have regular access to the business records of Plymouth.

The records include personnel records, payment records, and contracts.

4.    In connection with my duties, I was familiar with the Benjamin Banneker Elementary School project and the agreements and obligations undertaken by Plymouth relative to the project as well as those individuals employed by Plymouth to work at the site.

5.    In connection with making this affidavit, I have made a thorough search of the above mentioned records and made inquiry among knowledgeable personnel of Plymouth. The result of this investigation was that on March 31, 2003, Plymouth entered into an agreement with the Milford School District to perform asbestos removal at the Banneker project. Plymouth had no contractual obligation to maintain the exterior steps of the building. Tina Mahoney was employed by Plymouth and was working within the scope of her employment when the alleged injury occurred at the Banneker project site.

6.    Although, I received the waiver of service from counsel for the school and school district, I believed that it was simply related to the Worker's Compensation claim made by Ms. Mahoney. At that time, it was my impression that the matter was resolved given the fact that Plymouth had paid the worker's compensation claim and Ms. Mahoney had already undergone the necessary surgeries and returned to working for Plymouth. I did not receive notice that the School District was going to seek a default judgment against Plymouth, and I did not realize that Plymouth had been made a party to any suit until I received the notice of default sometime in May of 2006. Had I fully understood the ramifications of my signing the waiver, I would have diligently pursued defending the claims against Plymouth.

BY: _James Kelly_

SWORN TO AND SUBSCRIBED before me this _14th_ day of _June_ , 2006.

_Attorney at law_
_Del Bar ID 4571_