# EXHIBIT B

# White and Williams LLP

824 N. Market Street, Suite 902  
P.O. Box 709  
Wilmington, DE 19899-0709  
Phone: 302.654.0424  
Fax: 302.654.0245

William L. Doerler  
Direct Dial: 302.467.4508  
Direct Fax: 302.467.4548  
doerlerw@whiteandwilliams.com

May 8, 2006

Mr. James Kelly  
President  
Plymouth Environmental Co., Inc.  
923 Haws Ave.  
Norristown, PA 19401

RE: Mahoney v. Benjamin Banneker Elementary School, et al.  
C.A. No. 05-163  
Our File No. 16869-D0107

Dear Mr. Kelly:

Enclosed is a copy of the Order finding Plymouth Environmental in default for not responding to the Defendants' Third Party Complaint in the above referenced matter. Consistent with the allegations in the Third Party Complaint, in the event that the School District Defendants are found liable to Plaintiffs or enter into a settlement with Plaintiffs, Defendants will have the default entered as a judgment against Plymouth Environmental and seek to enforcement the judgment. Defendants, consistent with the allegations in the Third Party Complaint, will also seek to recover attorneys' fees and costs from Plymouth as part of the judgment.

There is a mediation scheduled in the above referenced matter on June 14, 2006 at 10:00 a.m. The mediation will be held in the Courthouse for the District Court of Delaware before Magistrate Thynge. You are hereby invited to attend and participate in the mediation, and participate in the settlement process.

Very truly yours,

WHITE AND WILLIAMS LLP

By: William L. Doerler

WLD/mw  
Enclosure

cc: The Honorable Mary Pat Thynge  
Marc H. Snyder, Esquire

Allentown, PA • Berwyn, PA • Cherry Hill, NJ  
New York, NY • Paramus, NJ • Philadelphia, PA • Pittsburgh, PA

DOCS_DE 125623v.1