# EXHIBIT C

Mahoney                                                    v. Benjamin Banneker Elementary School and Milford School District
John W. Marinucci              C.A. # 05-163 GMS                              February 13, 2006

**Page 42**

1  understanding of where Ms. Mahoney alleges that her
2  fall originated on these steps?
3  A. I do not have a clear understanding, no.
4  Q. I'll represent to you on the record that it was
5  the area where the concrete is broken up. You can see
6  it on the platform of say the middle steps.
7      MR. DOERLER: On the right-hand side?
8      MR. SNYDER: On the right-hand side. On
9  the right-hand side.
10 BY MR. SNYDER:
11 Q. Before today did you have an understanding of
12 whether it was the exterior steps as depicted in these
13 photographs where Ms. Mahoney alleges that she fell?
14     MR. DOERLER: I object to the form. I'm
15 not sure I understand the question.
16 A. I'm sorry. Could you rephrase the question?
17 Q. Sure.
18     Did you have an understanding that it was
19 the steps depicted in Marinucci 4 and really all of
20 these photographs where Ms. Mahoney fell?
21 A. Yes, I did. Not originally but as the lawsuit
22 progressed I became, I did gain that understanding.
23 Q. And you explained that these steps did not have
24 direct entrance, did not allow for direct entrance

**Page 43**

1  into the school. Is that accurate?
2  A. Yes.
3  Q. Notwithstanding that, were these steps used,
4  were they used at all to gain access either to the
5  parking area or the docking area prior to Plymouth
6  going on the site? Did people go up and down these
7  steps?
8  A. When the school was being used?
9  Q. Yes.
10 A. Yes.
11 Q. Did you speak to anybody or do you have any
12 understanding of how long the steps were in the
13 condition as depicted in these photographs, if they
14 were in fact in the same condition prior to June 30,
15 2003, which was the date that Plymouth arrived on the
16 site?
17     MR. DOERLER: I object to the form.
18 A. I'm not sure I understand your question.
19 Q. Let me ask that differently.
20 A. Yeah.
21 Q. Do you have an understanding of the condition
22 of these steps prior to Plymouth going on the site on
23 June 30, 2003?
24 A. I have a recollection of the steps.

**Page 44**

1  Q. What is your recollection of the steps?
2  A. The recollection of the amount of what I call
3  spalling, I don't recall it being that excessive.
4  Q. And by "spalling," you're indicating the area
5  where Mrs. Mahoney fell?
6  A. The broken up.
7  Q. The broken-up concrete?
8  A. (The witness nodded.)
9  Q. What is your recollection based upon?
10 A. Being at the building three, four times a day
11 during school while kids were using these steps.
12 Q. Kids would actually use those steps?
13 A. Yes, sir.
14 Q. When was the last time you used those steps
15 prior to Ms. Mahoney's accident?
16 A. The last day of school, which was the end of
17 May, first of June.
18 Q. Sitting here today, what is your recollection
19 of the steps, again referring to the area where
20 Ms. Mahoney fell, as of the last day of school?
21 A. I don't recall it being that broken up.
22 Q. Do you recall it being broken up at all?
23 A. Yes. I recall looking at Marinucci 4 my
24 recollection of -- actually, let me take a look at

**Page 45**

1  these. There might be one that's better.
2      Actually, there is.
3  Q. What are you referring to?
4  A. Marinucci 6. Actually, Marinucci 7 is better.
5  Sorry.
6      Marinucci 7, I recall the area of the
7  amount of where it's broken up to be from -- I don't
8  know, I don't know what the scaling is here.
9      MR. SNYDER: Let's go off the record for a
10 moment.
11     (Discussion off the record.)
12     MR. SNYDER: Let's mark that as 8.
13     (Marinucci Deposition Exhibit No. 8 was
14 marked for identification.)
15     MR. DOERLER: He can draw on this?
16     MR. SNYDER: Yes. That's fine.
17     MR. DOERLER: Why don't you rephrase your
18 question?
19     MR. SNYDER: Sure.
20 BY MR. SNYDER:
21 Q. The question was it was my understanding that
22 you were going to draw or diagram your recollection of
23 the extent of the broken concrete as of the last day
24 of school.

Wilcox & Fetzer, Ltd.           Professional Court Reporters                (302)655-0477

Case 1:05-cv-00163-GMS   Document 41-5   Filed 06/14/2006   Page 3 of 3

Mahoney v. Benjamin Banneker Elementary School and Milford School District
John W. Marinucci                C.A. # 05-163 GMS                February 13, 2006

Page 46

1  A. Right. On Marinucci 8 I'm going to draw a line
2  on the broken-up concrete as to the amount that I
3  recall towards the end of the school, and I don't
4  remember the last day of school, but towards the end
5  of school it was approximately like this (indicating).
6  Q. Just so I am clear, you drew a line. Would the
7  broken-up concrete be to the right of the line or left
8  of the line?
9  A. No.
10 Q. Why don't you just draw it? Let me know.
11     MR. DOERLER: Would it be helpful if he
12 circled the area that was damaged?
13     MR. SNYDER: Yes.
14 A. I will circle the damaged area.
15 Q. That's fine.
16 A. (Witness complies) The non-damaged area was
17 outside of the circle.
18 Q. For how long was the area that you encircled in
19 your words damaged?
20 A. I don't recall.
21 Q. If the school was not going to be demolished
22 would the disrepair of the steps, would the broken-up
23 concrete have been something that you would have
24 expected to have been repaired?

Page 47

1      MR. DOERLER: I object to form.
2      THE WITNESS: It's okay to answer?
3      MR. DOERLER: Yes.
4  A. I would have repaired it.
5  Q. That was my next question. I think you
6  answered it.
7      Would it have been your decision as to
8  whether or not this would have been, the steps would
9  have been repaired?
10 A. It would have been my decision. And I hesitate
11 to answer that because the funding that I would have
12 used to fix that there was some control over by the
13 school board, but I would have, I would have repaired
14 it because it was the larger projects that the school
15 board typically wanted to get involved in.
16 Q. Is this the type of repair that you would have
17 subcontracted out or would the school maintenance
18 staff have repaired it?
19 A. It depends on what the repair was. If it was
20 repairing what was in place, then I probably would
21 have had our people do it.
22     If it was tearing out the steps and
23 replacing them with new steps, I would have contracted
24 it out.

Page 48

1  Q. When did you first notice that the steps were
2  broken up in the approximate area that you circled?
3  A. I don't recall.
4  Q. Was there any consideration on your part to
5  repair the broken-up concrete that you observed?
6  A. No, sir.
7  Q. What was the basis for that?
8  A. Because the school was being torn down. It was
9  going to be replaced entirely and because the school
10 was being replaced.
11 Q. Did you have any expectation that there was
12 going to be foot traffic up and down the steps during
13 the course of the asbestos abatement program?
14 A. No, I did not.
15 Q. Just so I am clear, you did not expect there to
16 be foot traffic or that's something that you just did
17 not think about?
18 A. I neither thought about it, nor did I expect
19 that there would be.
20 Q. I don't want to put words in your mouth.
21 A. That's okay.
22 Q. You didn't think about it, but if you had
23 thought about it you wouldn't have expected there to
24 be? Is that accurate?

Page 49

1  A. I didn't expect there to be and now that I
2  think about it, I don't expect that there was.
3  Q. If this condition had existed on steps that you
4  did expect there to be people going up and down it,
5  would your decision to repair it have changed or
6  decision not to have repaired it have changed?
7      MR. DOERLER: I object to the form.
8  You're talking about going up and down it while
9  Plymouth is on site?
10     MR. SNYDER: That's correct.
11 A. No, sir. It wouldn't have changed because we
12 were tearing the building down. The building was a
13 demolition zone. This (indicating) -- the building
14 was a demolition site.
15 Q. Did you provide any notice to anybody either at
16 Harvard or Plymouth of your own observations that at
17 least part of the platform was broken-up concrete?
18 A. No, sir.
19 Q. If these were steps that led directly to the
20 school and you would have expected there to be people
21 traveling up and down the steps, would you have given
22 notice to either Harvard or Plymouth?
23     MR. DOERLER: I object to form.
24 A. Once again, the school was a demolition site.