IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES MAHONEY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 05-163 GMS |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| BENJAMIN BANNEKER ELEMENTARY SCHOOL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

      I, MICHAEL K. TIGHE, ESQUIRE, hereby certify that a true and correct copy of the foregoing Third-Party Defendant Plymouth Environmental Co., Inc.'s Motion to Vacate Default Judgment was served via electronic mail on this 14th day of June, 2006, upon the following:

| | |
|---|---|
| Marc H. Snyder, Esq.<br>FRANK, ROSEN, SNYDER & MOSS, LLP<br>1813 Marsh Road, Suite D<br>Wilmington, DE 19810<br>Phone: (302) 475-8060<br>Attorney for Plaintiffs | William L. Doerler, Esq.<br>WHITE AND WILLIAMS, LLP<br>824 N. Market Street, Suite 902<br>PO Box 709<br>Wilmington, DE 19899-0709<br>Phone: (302) 467-4508<br>Attorney for Defendants, Third-Party Plaintiffs |

      **TIGHE, COTTRELL & LOGAN, P.A.**

        /s/ Michael K. Tighe
      Michael K. Tighe, DE ID #29
      First Federal Plaza, Suite 500
      P.O. Box 1031
      Wilmington, DE  19899
      (302) 658-6400
      Attorneys for Third-Party Defendant
      Plymouth Environmental Co., Inc.