IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>    Plaintiffs<br><br>v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>    Defendants, Third-Party<br>    Plaintiffs<br><br>v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>    Third-Party Defendants | CIVIL ACTION NO. 05-163 GMS<br><br>TRIAL JURY OF TWELVE<br>DEMANDED<br><br>**E-FILE** |

**ORDER**

WHEREAS this _____ day of _____, 2006, having considered the Motion to Vacate Default Judgment filed by Plymouth Environmental Co., Inc. (Plymouth), and the Response thereto, it is hereby ordered that Plymouth's motion is **DENIED**.

IT IS SO ORDERED.

                                                                       _____
                                                                        JUDGE