# EXHIBIT C

Benjamin Banneker Elementary School Asbestos Abatement
Milford, Delaware
Harvard Environmental, Inc.

MILFORD SCHOOL DISTRICT

## SECTION 01013 - SUMMARY OF THE WORK - ASBESTOS ABATEMENT

PART 1   GENERAL

### 1.1 RELATED DOCUMENTS

A. Drawings and general provisions of the Contract, including General and Supplementary Conditions and other Division 1 Specification Sections, apply to this Section.

### 1.2 WORK COVERED BY CONTRACT DOCUMENTS

A. The Project consists of the removal, packaging, transportation and disposal, of designated asbestos materials as indicated within the specifications.

B. This Work includes the performance of all supplemental Work indicated in the specifications which is required to accomplishment of the Project. These items may include; but not limited to the following:

   (1) Relocation of moveable and fixed objects within the interior of the structure to other locations within the structure.

   (2) Isolation of electrical systems

   (3) Removal of ceilings, walls and floors for purposes of accessing materials in the Scope Of Work.

   (4) Removal of perimeter heating systems to access asbestos materials located behind and under units.

   (5) Opening of walls for purposes of Owner's Representative assessments at locations indicated on Contract Drawings.

C. Project Location: Benjamin Banneker Elementary School, located at 449 North Street in Milford, Delaware.

D. Owner: Milford School District.

E. Contract Documents, dated January 10th, 2003 were prepared for the Project by:

   Harvard Environmental, Inc.
   760 Pulaski Highway
   Bear, Delaware  19701
   1-302-326-2333

F. The Work will be constructed under a single prime contract.

### 1.3 GENERAL INCLUSIONS

A. All work shall conform to contract specifications and shall be performed in strict compliance with all applicable federal, state and local regulations. Regulatory compliance is the sole responsibility of the Contractor.

B. The Contractor shall obtain any and all permits which may be required to complete this project. These permits may include but not limited obtaining a construction permit from the City of Milford.


C. The Contractor shall be responsible for notifying all external organizations which require notification, these notifications may include but are not limited to, EPA Regional Office, Governing State Bodies, Local Municipalities, Emergency Personnel, and Waste Disposal Site.

D. Copies of all notifications, on their official forms, shall be provided to the Owner's Representative prior to project commencement. Any revisions required to the notifications are the sole responsibility of the Contractor. Copies shall be provided to the Owner's Representative immediately upon submittal.

E. The Contractor shall be responsible for all damages incurred from project-related activities and/or personnel assigned to the project.

F. During the time which areas are considered regulated, all personnel entering the area to perform any type of support services shall adhere to the safety procedures and training requirements required for the entry.

G. The work area and job site shall be restricted to designated contract personnel and authorized visitors. All visitors will require site authorization, safety health and environmental orientation, and clearance from the Owner or the Owner's Representative prior to entering the site.

H. All Contractor parking shall be at the parking lot south of the facility.

I. All traffic, deliveries, and entrance of Contract employees shall be via the entrance located at the loading dock.

J. A copy of this specification and associated addendum shall be in the possession of the Contractor's assigned Supervision at all times during the execution of this project.

## 1.4 COMPLIANCE WITH LAWS

A. Contractor shall be responsible to comply with all aspects of the scope and specifications. All work shall be performed in strict accordance with applicable local, state, and federal regulations governing materials and activities in address in the specifications.

B. Contractor shall notify the Owner and the Owner's Representative promptly, in writing, if any scope or specifications are at variance with any laws or regulations. Contractor shall bear any incurred cost in the event of its failure to give such notice.

## 1.5 ASBESTOS-CONTAINING MATERIALS:

A. The Work of this contract involves activities that will disturb asbestos-containing materials (ACM) or presumed asbestos-containing materials (PACM). The location and type of ACM known to be present at the worksite is set forth in the drawings. If any other ACM or PACM is found, notify the owner, other employers and employees about the location and quantity of the ACM or PACM within 24 hours of the discovery.

## 1.6 ASBESTOS HEALTH RISK:

A. The disturbance or dislocation of ACM may cause asbestos fibers to be released into the building's atmosphere, thereby creating a potential health risk to workers and building occupants. Apprise all workers, supervisory personnel, subcontractors and consultants who will be at the job site of the seriousness of the risk and of proper work procedures which must be followed.

B. Where in the performance of the work, workers, supervisory personnel, subcontractors, or consultants may encounter, disturb, or otherwise function in the immediate vicinity of any identified ACM, take appropriate continuous measures as necessary to protect all building

**Benjamin Banneker Elementary School Asbestos Abatement**
*Milford, Delaware*
*Harvard Environmental, Inc.*



SECTION 01098 - CODES, REGULATIONS AND STANDARDS - ASBESTOS ABATEMENT

PART 1   GENERAL

    1.1  RELATED DOCUMENTS:

        A.  Drawings and general provisions of Contract, including General and Supplementary Conditions and other Division-1 Specification Sections, apply to this section.

    1.2  SUMMARY

        A.  This section sets forth governmental regulations which are included and incorporated herein by reference and made a part of the specification. This section also sets forth those notices and permits which are known to the Owner and which either must be applied for and received, or which must be given to governmental agencies before start of work.

            1.  Requirements include adherence to work practices and procedures set forth in applicable codes, regulations and standards.

            2.  Requirements include obtaining permits, licenses, inspections, releases and similar documentation, as well as payments, statements and similar requirements associated with codes, regulations, and standards.

    1.3  CODES, REGULATIONS AND STANDARDS

        A.  General Applicability of Codes, Regulations and Standards: Except to the extent that more explicit or more stringent requirements are written directly into the Contract Documents, all applicable codes and regulations have the same force and effect (and are made a part of the contract documents by reference) as if copied directly into the Contract Documents, or as if published copies are bound herewith.

        B.  Contractor Responsibility: The Contractor shall assume full responsibility and liability for the compliance with all applicable Federal, State, and local regulations pertaining to work practices, hauling, disposal, and protection of workers, visitors to the site, and persons occupying areas adjacent to the site. The Contractor is responsible for providing medical examinations and maintaining medical records of personnel as required by the applicable Federal, State, and local regulations. The Contractor shall hold the Owner and Owner's Representative harmless for failure to comply with any applicable work, hauling, disposal, safety, health or other regulation on the part of the contractor, the contractor's employees, or subcontractors.

        C.  Federal Requirements: which govern asbestos abatement work or hauling and disposal of asbestos waste materials include but are not limited to the following:

            1.  OSHA: U.S. Department of Labor, Occupational Safety and Health Administration, (OSHA), including but not limited to:

                a.  Occupational Exposure to Asbestos, Tremolite, Anthophyllite, and Actinolite;
                    Final Rules Title 29, Part 1910, Section 1001 of the Code of Federal Regulations
                    Final Rules Title 29, Part 1926, Section 1101 of the Code of Federal Regulations