# EXHIBIT E

Case 1:05-cv-00163-GMS    Document 42-7    Filed 06/28/2006    Page 2 of 3

Mahoney                                          v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney                    C.A. # 05-163 GMS                             February 13, 2006

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF DELAWARE
 3
 4    JAMES MAHONEY and                    )
      TINA MAHONEY, h/w,                   )
 5                                         )
             Plaintiffs,                   )
 6                                         ) Civil Action
      v.                                   ) No. 05-163 GMS
 7                                         )
      BENJAMIN BANNEKER ELEMENTARY         )
 8    SCHOOL and MILFORD SCHOOL DISTRICT,  )
                                           )
 9           Defendants, Third-Party       )
             Plaintiffs,                   )
10                                         )
      v.                                   )
11                                         )
      PLYMOUTH ENVIRONMENTAL CO., INC.,    )
12                                         )
             Third-Party Defendants.       )
13
14
15            Deposition of TINA L. MAHONEY taken
      pursuant to notice at the law offices of White and
16    Williams LLP, 824 North Market Street, Suite 902,
      Wilmington, Delaware, beginning at 3:30 p.m. on
17    Monday, February 13, 2006, before Kurt A. Fetzer,
      Registered Diplomate Reporter and Notary Public.
18
      APPEARANCES:
19
             MARC H. SNYDER, ESQ.
20           FRANK ROSEN SNYDER & MOSS, L.L.P.
                8380 Old York Road - Suite 410
21              Elkins Park, Pennsylvania  19027
                For the Plaintiffs
22
23                      WILCOX & FETZER
          1330 King Street -  Wilmington, Delaware 19801
24                      (302) 655-0477
```

Mahoney v. Benjamin Banneker Elementary School and Milford School District
Tina L. Mahoney                     C.A. # 05-163 GMS                     February 13, 2006

Page 2

```
 1   APPEARANCES: (Cont'd)
 2       WILLIAM L. DOERLER, ESQ.
         WHITE AND WILLIAMS LLP
 3        824 North Market Street - Suite 902
          Wilmington, Delaware  19801
 4        For the Defendants and Third-Party Plaintiffs
 5   ALSO PRESENT:
         JAMES MAHONEY
 6
                   - - - - -
 7             TINA L. MAHONEY,
 8       the deponent herein, having first been
 9       duly sworn on oath, was examined and
10       testified as follows:
11             EXAMINATION
12   BY MR. DOERLER:
13   Q.  Hi, Ms. Mahoney.  I'm going to just briefly run
14   through the rules as we have already talked about a
15   couple of times today.
16         If you don't understand a question I have
17   asked you, please ask me to rephrase the question.
18         Also, please try and respond verbally as
19   opposed to shaking your head.
20         And also please let me finish the question
21   so that you don't speak over me and I'll try to let
22   you finish your answer and not speak over you.  Okay?
23   A.  Okay.
24   Q.  Very good.
```

Page 3

```
 1         Please state your full name for the
 2   record.
 3   A.  Tina Louise Mahoney.
 4   Q.  What's your present address?
 5   A.  1125 Maple Avenue.
 6   Q.  In what town is that?
 7   A.  Atco, New Jersey.
 8   Q.  What is your present age?
 9   A.  I'm 41.
10   Q.  And would you tell me what your educational
11   background is?
12   A.  I'm a high school graduate.  I started in the
13   Camden County College, but I didn't complete that.  I
14   just recently started there.
15   Q.  You just recently started at Camden Community
16   College?
17   A.  Yes.
18   Q.  What year was that?
19   A.  2005.
20   Q.  And what are you going for, what kind of
21   classes are you taking?
22   A.  I was thinking about either going into
23   psychology or nursing.
24   Q.  How many classes have you presently taken?
```

Page 4

```
 1   A.  I'm just taking the basic classes right now,
 2   the prep classes.
 3   Q.  Do you have a time line for when that all will
 4   be finished?  Do you have any idea?
 5   A.  It takes I think almost four years.
 6   Q.  This would then be a two-year degree, like an
 7   associate's degree?
 8   A.  Yeah.
 9   Q.  It's my understanding that a you're certified
10   or licensed for asbestos removal.  Is that correct?
11   A.  Yes.
12   Q.  Do you have any other special trainings or
13   certifications?
14   A.  Lead.
15   Q.  So you're trained in removing lead and in
16   removing asbestos?
17   A.  Yes.  We also do mold too.
18   Q.  And when you say, "we," you're referring to
19   Plymouth Environmental?
20   A.  Yes.
21   Q.  And you're still working with Plymouth?
22   A.  Yes.
23   Q.  What's your job title there?
24   A.  I'm a laborer.
```

Page 5

```
 1   Q.  And can you tell me some of the typical chores
 2   or jobs that you do there as a laborer?
 3   A.  Prepping the areas, which is hanging the poly,
 4   doing removal, final cleaning.
 5   Q.  Does anything else come to mind?
 6   A.  We bring equipment in and out of the buildings.
 7   We bag out.
 8   Q.  What does "bag out" mean?
 9   A.  That means we have to take the bags that we put
10   the waste in and take them out to a trailer.
11   Q.  All right.  It's my understanding that you fell
12   at the Banneker Elementary School on July 15th of
13   2003.  Is that correct?
14   A.  Yes.
15   Q.  And can you briefly describe for me, tell me
16   what brought you out to be on those stairs that day.
17   A.  Allen Lawson, one of the workers, he came and
18   asked me if I would help him prep a trailer that was
19   put around the back of the building.
20   Q.  And by prepping the trailer, what do you mean?
21   A.  We put two layers of six mil poly up in the
22   trailers.
23   Q.  What door did you come out of the school?
24   A.  They called it the cafeteria, gym.
```

2 (Pages 2 to 5)

Wilcox & Fetzer, Ltd.            Professional Court Reporters            (302)655-0477