# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>   Plaintiffs<br><br> v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>   Defendants, Third-Party<br>   Plaintiffs<br><br> v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>   Third-Party Defendants | CIVIL ACTION NO. 05-163 GMS<br><br><br>TRIAL JURY OF TWELVE<br>DEMANDED<br><br>E-FILE |

**DEFENDANTS' REQUEST FOR
PRODUCTION DIRECTED TO THIRD-PARTY DEFENDANT PLYMOUTH
ENVIRONMENTAL CO., INC.**

Demand is hereby given that the Third-Party Defendant, Plymouth Environmental Co., Inc., in accordance with the pertinent Rules of Civil Procedure, produce the following documents for Defendants' inspection and copying, at the law offices of White and Williams LLP, 824 North Market Street, Suite 902, Wilmington, Delaware 19801-4938. <u>These requests relate to the slip and fall incident at the Benjamin Banneker Elementary School on July 15, 2003, wherein Tina Mahoney contends that she was injured while working as an employee of Plymouth Environmental Co., Inc</u>. These Requests are of a continuing nature and your responses must be supplemented whenever additional responsive documents or other information come into your possession, custody or control or otherwise come to your knowledge.

---

1.   Copies of all photographs, sketches, diagrams or other drawings taken by or prepared by you or by your attorney or on your behalf, in your possession or available to you concerning any aspect of this litigation.

**RESPONSE:**

2.   Copies of all statements or summaries of interviews taken of any person with respect to any issues in the case, including but not limited to the Plaintiff(s) or their agents and the Defendant(s) and Third-Party Defendant(s) or their agents.

**RESPONSE:**

3.   Copies of all incident reports, personal injury reports, reports of investigation, findings of fact, observation of facts or circumstances, relating to Tina Mahoney's fall on July 15, 2003, or any aspect of the litigation.

**RESPONSE:**

4.   Copies of any reports, including drafts, by any person qualifying as an expert containing opinions an/or facts on which opinions are based concerning any aspect of the litigation.

**RESPONSE:**

5.   Copies of all W2's for plaintiff Tina Mahoney for the years 2001, 2002, 2003, 2004 and 2005.

**RESPONSE:**

6. Copies of the personnel files for James Mahoney and Tina Mahoney.

**RESPONSE:**


7. Copies of all job site meeting minutes, including minutes from the preconstruction meeting, and safety meetings held related to the Benjamin Banneker Elementary School job site.

**RESPONSE:**


8. Copies of all training materials given to employees working on asbestos abatement job sites related to job site safety during 2002 and 2003.

**RESPONSE:**


9. All OSHA No. 300 forms ("Log and Summary of Occupational Injuries and Illnesses") that you completed for the years 2001 to 2003. If you does not use the OSHA No. 300 "Log and Summary" form, provide the substitute which was acceptable to OSHA.

**RESPONSE:**


10. All OSHA No. 101 forms ("Supplementary Record of Occupational Injuries and Illnesses") that you completed for the years 2001 to 2003. If you did not use the OSHA No. 101 "Supplementary Record", provide the substitute which was acceptable to OSHA.

**RESPONSE:**

-4-

11. All daily time records, work orders, daily logs, etc. for the Benjamin Banneker Elementary School.

**RESPONSE:**

12. All documents related or referring in any manner to inspections of the work performed by Plymouth Environmental Co., Inc. at the Benjamin Banneker Elementary School, including inspections performed by the state, the county, Harvard Environmental, and any other person or entity.

**RESPONSE:**

13. A copy of the Health & Safety Plan prepared by Plymouth Environmental Co, Inc. for the Benjamin Banneker Elementary School.

**RESPONSE:**

14. A copy of the Plymouth Environmental Co., Inc. Health & Safety Program manual, as it existed on July 15, 2003.

**RESPONSE:**

WHITE AND WILLIAMS LLP

BY: /s/ William L. Doerler
_____
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.467.4508
*Attorney for Defendants, Third-Party Plaintiffs Benjamin Banneker Elementary School and Milford School District*

Date: March 16, 2006

-5-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>　　　　Defendants, Third-Party<br>　　　　Plaintiffs<br><br>　　v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>　　　　Third-Party Defendants | )<br>)<br>) CIVIL ACTION NO. 05-163 GMS<br>)<br>)<br>)<br>) TRIAL JURY OF TWELVE<br>) DEMANDED<br>)<br>) E-FILE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, William L. Doerler, Esquire, do hereby certify that on this 16th day of March, 2006 one copy of the foregoing **DEFENDANT'S REQUEST FOR PRODUCTION DIRECTED TO THIRD-PARTY DEFENDANT PLYMOUTH ENVIRONMENTAL CO., INC.** were delivered via First Class Mail, postage prepaid and/or via E-File & Serve upon:

Marc H. Snyder, Esquire
Frank, Rosen, Snyder & Moss, LLP
8380 Old York Road, Suite 410
Elkins Park, PA  19027

Plymouth Environmental Co., Inc.
923 Haws Ave.
Norristown, PA 19401

DOCS_DE 123322v.1

- 2 -

WHITE AND WILLIAMS LLP

BY: /s/ William L. Doerler
_____
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.467.4508
*Attorney for Defendants, Third-Party Plaintiffs Benjamin Banneker Elementary School and Milford School District*

Discovery Documents
1:05-cv-00163-GMS Mahoney et al v. Benjamin Banneker Elementary School et al

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Doerler, William entered on 3/16/2006 at 4:06 PM EST and filed on 3/16/2006

**Case Name:** Mahoney et al v. Benjamin Banneker Elementary School et al
**Case Number:** 1:05-cv-163
**Filer:** Benjamin Banneker Elementary School
Milford School District
**Document Number:** 34

**Docket Text:**
NOTICE OF SERVICE of Notice of Service to Defendant's Request for Production to Third-Party Defendant Plymouth Environmental Co., Inc. by Benjamin Banneker Elementary School, Milford School District.(Doerler, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/16/2006] [FileNumber=185548-0]
[0cdfb55a0ed6973641bc703267184d512a398dcb03b9a9ec5f58fbec3c5613bf0899
b211da28eb144be92bfd28534f1610444cfab7a5913c970b8f72fd742d4c]]

**1:05-cv-163 Notice will be electronically mailed to:**

William L. Doerler      doerlerw@whiteandwilliams.com,

Marc H. Snyder     msnyder@frankandrosenlaw.com,

**1:05-cv-163 Notice will be delivered by other means to:**