# EXHIBIT G

# White and Williams LLP



824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
302•654•0424
Fax: 302•654•0245

*William L. Doerler*
Direct Dial: 302•467•4508
Direct Fax: 302•467•4548
doerlerw@whitewms.com

May 13, 2005

President
Plymouth Environmental Co., Inc.
923 Haws Ave.
Norristown, PA 19401

RE: Mahoney, et. al. v. Benjamin Bannekar Elementary
School, et. al. v. Plymouth Environmental Co., Inc.
C.A. No. 05-163, District of Delaware

Dear Sir/Madam:

A lawsuit has been commenced against Plymouth Environmental Co., Inc.. A copy of the Third-Party Complaint is attached to this notice. It has been filed in the United States District Court for the District of Delaware and has been assigned docket number 05-163.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the Complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty (30) days after the date designated below as the date on which this Notice and Request is sent. I enclosed a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the Complaint before sixty (60) days from the date designated below as the date on which this notice is sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require Plymouth Environmental Co., Inc. to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

*Allentown, PA • Paoli, PA • Philadelphia, PA • Pittsburgh, PA*
*New York, NY • Westmont, NJ • Wilmington, DE*

DOCS_DE 110337v1

Plymouth Environmental Co., Inc.
May 13, 2005
Page 2

    I affirm that this request is being sent to you on behalf of the Third-Party Plaintiffs, this 13th day of May, 2005.

                            Very truly yours,

                            WHITE AND WILLIAMS LLP

                            WILLIAM L. DOERLER

WLD/mw
Enclosure