# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and <br> TINA MAHONEY, h/w <br><br> Plaintiffs <br><br> v. <br><br> BENJAMIN BANNEKER ELEMENTARY <br> SCHOOL and MILFORD SCHOOL DISTRICT <br><br> Defendants, Third-Party <br> Plaintiffs <br><br> v. <br><br> PLYMOUTH ENVIRONMENTAL CO., INC. <br><br> Third-Party Defendants | CIVIL ACTION NO. 05-163 <br><br><br> TRIAL JURY OF TWELVE <br> DEMANDED <br><br> E-FILE |

### DEFENDANTS-THIRD PARTY PLAINTIFFS BENJAMIN BANNEKER ELEMENTARY SCHOOL'S AND MILFORD SCHOOL DISTRICT'S THIRD-PARTY COMPLAINT

1. On or about March 18, 2005, the plaintiffs, James Mahoney and Tina Mahoney, filed a Complaint against Defendants, Third Party Plaintiffs, Benjamin Banneker Elementary School and Milford School District (collectively "Defendants"), seeking compensatory damages for injuries allegedly sustained as a result of Tina Mahoney's falling on steps while at the Benjamin Banneker Elementary School on or about July 15, 2003. A copy of the complaint is attached hereto as Exhibit A.

2. Defendants incorporate by reference herein, without admitting the same, the allegations in the plaintiffs' Complaint.

DOCS_DE 110332v1

3. Defendant Benjamin Banneker Elementary School ("Banneker") is a public elementary school organized and existing under and by virtue of the Statutes of the State of Delaware, with its principal offices and place of business located at 449 North Street, Milford, Delaware, 19963.

4. Defendant Milford School District is a public school district organized and existing under and by virtue of the Statutes of the State of Delaware, with its principal offices and place of business located at 906 Lakeview Avenue, Milford, Delaware, 19963.

5. Upon information and belief, Third-Party defendant Plymouth Environmental Co., Inc. (Plymouth) is a Pennsylvania Corporation whose principal place of business is located at 923 Haws Avenue, Norristown, Pennsylvania 19401.

6. Plymouth is subject to the jurisdiction of Delaware court pursuant to 10 *Del. C.* § 3104.

7. Pursuant to 10 *Del. C.* § 3104(b), service of the Third-Party Complaint on Plymouth may be made by serving the Secretary of State.

8. Milford entered into a contract with Plymouth to perform Asbestos Abatement work at Banneker on or about March 31, 2003.

9. At all times relevant to this action, Plymouth was an independent contractor.

10. At all times relevant to this action, Plymouth had exclusive possession and control of Bannekar and the methods and manner in which Plymouth's employees performed their work.

11. At all times relevant to this action, Plymouth was responsible for initiating, maintaining and supervising all safety precautions and programs at Bannekar.

12. Upon information and belief, at all times relevant to this action, Plaintiff James Mahoney was the project manager and/or supervisor for Plymouth for the work being performed by Plymouth at Bannekar.

13.  Upon information and belief, at all times relevant to this action plaintiffs James Mahoney and Tina Mahoney, were employed by Plymouth.

14.  In its contract with Milford, Plymouth agreed that it would be responsible for any acts or omissions of its employees.

15.  Plymouth, for itself and its employees, assumed the risk of injuries.

16.  In its contract with Milford, Plymouth agreed to indemnify Defendants for *inter alia*, all claims and damages, including attorneys fees, arising out of or resulting from the performance of Plymouth's work at Banneker. All claims, losses, damages, expenses, etc. sought by the plaintiffs in this action are subject to the indemnification agreement.

17.  While Defendants deny any liability whatsoever, if found liable, the plaintiffs injuries were proximately caused by Plymouth, and its employees, including plaintiffs, in that it:

   a) failed to provide a safe workplace for Tina Mahoney;

   b) failed to inspect for unsafe conditions;

   c) failed to warn Tina Mahoney of unsafe conditions;

   d) failed to correct unsafe conditions;

   e) failed to train Tina Mahoney to recognize unsafe conditions;

   f) failed to comply with contractual, state, and/or federal safety requirements, including OSHA;

   g) failed to take reasonable steps to insure the safety of Tina Mahoney;

   h) was otherwise negligent as will be revealed during discovery;

18. Plymouth is vicariously liable for the acts and/or omissions of its employees, including the plaintiffs.

19. The negligence of Plymouth and its employees, including the plaintiffs, as set forth above, constitutes a contractual and/or tortious breach of Plymouth's express and/or implied obligations to Defendants arising from the contract and/or from common law.

20. While Defendants deny any liability whatsoever, if found liable, the Defendants are entitled to contribution pursuant to Title 10, Chapter 63, of the Delaware Code, and/or contractual, equitable, and/or implied indemnification from Plymouth for any amount which Defendants may be required to pay to plaintiffs.

WHEREAS, Defendants seek judgment in their favor and against Plymouth for all sums, including prejudgment and post judgment interest, and attorneys fees, that may be adjudged against Defendants in favor of the plaintiffs.

WHITE AND WILLIAMS LLP

BY:   /s/ William L. Doerler
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Phone: 302.467.4508
*Attorney for Defendants, Third-Party Plaintiffs*

Date: May 13, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>  Plaintiffs<br><br>v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>  Defendants, Third-Party<br>  Plaintiffs<br><br>v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>  Third-Party Defendants | )<br>)<br>) CIVIL ACTION NO. 05-163<br>)<br>)<br>)<br>) TRIAL JURY OF TWELVE<br>) DEMANDED<br>)<br>) E-FILE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, William L. Doerler, Esquire, do hereby certify that on this 13th day of May, 2005 two (2) copies of the foregoing **DEFENDANTS-THIRD PARTY PLAINTIFFS BENJAMIN BANNEKER ELEMENTARY SCHOOL'S AND MILFORD SCHOOL DISTRICT'S THIRD-PARTY COMPLAINT** were delivered via First Class Mail, postage prepaid upon:

Marc H. Snyder, Esquire
Frank, Rosen, Snyder & Moss, LLP
1813 Marsh Road, Suite D
Wilmington, DE 19810

WHITE AND WILLIAMS LLP

BY:   /s/ William L. Doerler
       WILLIAM L. DOERLER (#3627)
       824 N. Market Street, Suite 902
       P.O. Box 709
       Wilmington, DE 19899-0709
       Phone: 302.467.4508
       *Attorney for Defendants, Third-Party Plaintiffs*