IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and <br> TINA MAHONEY, h/w <br>     Plaintiffs <br><br> v. <br><br> BENJAMIN BANNEKER ELEMENTARY <br> SCHOOL and MILFORD SCHOOL DISTRICT <br>     Defendants, Third-Party <br>     Plaintiffs <br><br> v. <br><br> PLYMOUTH ENVIRONMENTAL CO., INC. <br>     Third-Party Defendants | ) <br> ) <br> ) CIVIL ACTION NO. 05-163 GMS <br> ) <br> ) <br> ) <br> ) <br> ) TRIAL JURY OF TWELVE <br> ) DEMANDED <br> ) <br> ) **E-FILE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, William L. Doerler, Esquire, do hereby certify that on this 28th day of June, 2006 one (1) copy of the foregoing **DEFENDANT, THIRD-ARTY PLAINTIFFS' RESPONSE IN OPPOSITION TO PLYMOUTH ENVIRONMENTAL CO., INC.'S MOTION TO VACATE DEFAULT JUDGMENT** was delivered via First Class Mail, postage prepaid and/or via E-File & Serve upon:

Marc H. Snyder, Esquire
Frank, Rosen, Snyder & Moss, LLP
8380 Old York Road, Suite 410
Elkins Park, PA 19027

Michael K. Tighe, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899

DOCS_DE 127849v.1

-2-

WHITE AND WILLIAMS LLP

BY: /s/ William L. Doerler
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.467.4508
*Attorney for Defendants, Third-Party Plaintiffs Benjamin Banneker Elementary School and Milford School District*