# White and Williams LLP

**WW**

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

William L. Doerler
Direct Dial: 302.467.4508
Direct Fax: 302.467.4548
doerlerw@whiteandwilliams.com

July 7, 2006

**VIA EFILE**
The Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 8
Wilmington, DE 19801

      RE: **Mahoney v. Benjamin Banneker Elementary School, et al.**
           **C.A. No. 05-163**
           **Our File No. 16869-D0107**

Dear Judge Sleet:

      As you may be aware, the Third Party Defendant in this case, Plymouth Environmental, filed a Motion to Vacate the Entry of Default which has been entered against it in this case. The briefing with respect to the Motion should now be complete and the Motion should be ripe for decision. I am writing, however, to ask the Court to delay consideration of the Motion for two weeks to allow the Defendants and Third Party Defendant to negotiate a settlement with respect to the Third Party Claim. During recent negotiations with the insurance carrier for the Third Party Defendant, I indicated that I would write to the Court and ask the Court to delay consideration of the Motion to permit time for the parties to engage in settlement negotiations.

      If you have any questions regarding this matter, I am available at the convenience of the Court.

      Respectfully submitted,

      WHITE AND WILLIAMS LLP

      By: _/s/ William L. Doerler_
      William L. Doerler

WLD:mw
t 7/21
cc: The Honorable Mary Pat Thynge
     Marc H. Snyder, Esquire
     Michael K. Tighe, Esquire
     Mr. Bill Soule