IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and <br> TINA MAHONEY, h/w <br>     Plaintiffs <br><br> v. <br><br> BENJAMIN BANNEKER ELEMENTARY <br> SCHOOL and MILFORD SCHOOL DISTRICT <br>     Defendants, Third-Party <br>     Plaintiffs <br><br> v. <br><br> PLYMOUTH ENVIRONMENTAL CO., INC. <br>     Third-Party Defendants | ) <br> ) <br> ) CIVIL ACTION NO. 05-163 GMS <br> ) <br> ) <br> ) <br> ) <br> ) TRIAL JURY OF TWELVE <br> ) DEMANDED <br> ) <br> ) E-FILE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DEPOSITION DUCES TECUM[1]

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Paul G. Teja, D.O., on **August 9, 2006 at 11:00 a.m.** to be held at North Jersey Sports Medicine & Spine, 653 Willow Grove Street, Suite 2000, Hackettstown, NJ 07840,. The deposition will be recorded by stenographic means.

                                          WHITE AND WILLIAMS LLP

                    BY: _____
                                      WILLIAM L. DOERLER (#3627)
                                      824 N. Market Street, Suite 902
                                      P.O. Box 709
                                      Wilmington, DE 19899-0709
                                      Phone: 302.467.4508
                                      *Attorney for Defendants, Third-Party Plaintiffs*
                                      *Benjamin Banneker Elementary School and*
                                      *Milford School District*

Dated: July 12, 2006
cc: Doerner & Goldberg

---

[1]     DUCES TECUM: Deponent is to have with him at the deposition his complete file referring, relating, or pertaining to Tina Mahoney and the subject of this litigation, including all medical records and reports, correspondence, charts, spreadsheets, calculations, etc., generated or received by deponent, all literature, treatises, and other materials relied upon by deponent in forming the basis of his opinions, and billing records.

DOCS_DE 126949v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br>    Plaintiffs<br><br>v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br>    Defendants, Third-Party<br>    Plaintiffs<br><br>v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br>    Third-Party Defendants | CIVIL ACTION NO. 05-163 GMS<br><br><br>TRIAL JURY OF TWELVE<br>DEMANDED<br><br>**E-FILE** |

**CERTIFICATE OF SERVICE**

    I, William L. Doerler, Esquire, do hereby certify that on this 12th day of July, 2006 one copy of the foregoing **NOTICE OF DEPOSITION** were delivered via First Class Mail, postage prepaid and/or via E-File & Serve upon:

Marc H. Snyder, Esquire
Frank, Rosen, Snyder & Moss, LLP
8380 Old York Road, Suite 410
Elkins Park, PA 19027

Michael K. Tighe, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899

WHITE AND WILLIAMS LLP

BY: _____
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.467.4508
*Attorney for Defendants, Third-Party Plaintiffs*
*Benjamin Banneker Elementary School and*
*Milford School District*