# White and Williams LLP

*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE 19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*William L. Doerler*
*Direct Dial: 302.467.4508*
*Direct Fax: 302.467.4548*
*doerlerw@whiteandwilliams.com*

July 24, 2006

**VIA EFILE**
The Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 8
Wilmington, DE 19801

      RE: **Mahoney v. Benjamin Banneker Elementary School, et al.**
           **C.A. No. 05-163**
           **Our File No. 16869-D0107**

Dear Judge Sleet:

    I am writing to advise the Court that the School District Defendants and Plymouth Environmental have reached an agreement with respect to the Third Party Complaint and the Motion to Vacate the Entry of Default that is currently pending before the Court. Once we have finalized the language with respect to a Stipulation related to the Entry of Default and the Third Party Complaint, we will file the Stipulation with the Court.

    If you have any questions regarding this matter, I am available at the convenience of the Court.

                                              Respectfully submitted,

                                              WHITE AND WILLIAMS LLP

                              By: _____
                                     William L. Doerler

WLD:mw
t/ 8/3
cc:   Marc H. Snyder, Esquire
       Michael K. Tighe, Esquire