IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br><br>      Plaintiffs<br><br>v.<br><br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br><br>      Defendants, Third-Party<br>      Plaintiffs<br><br>v.<br><br>PLYMOUTH ENVIRONMENTAL CO., INC.<br><br>      Third-Party Defendants | )<br>)<br>) CIVIL ACTION NO. 05-163 GMS<br>)<br>)<br>)<br>)<br>)<br>) TRIAL JURY OF TWELVE<br>) DEMANDED<br>)<br>) **E-FILE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO VACATE ENTRY OF DEFAULT AND DISMISS THIRD PARTY COMPLAINT**

The undersigned parties, by their attorneys, subject to court approval, hereby stipulate and agree that the Entry of Default entered by this Court against Third-Party Defendant Plymouth Environmental Co., Inc. on August 25, 2005 (Dkt. #14) should be vacated. The undersigned parties further stipulate and agree that Defendants, Third-Party Plaintiffs' Third-Party Complaint against Plymouth Environmental Co., Inc. should be dismissed. Accordingly, the undersigned parties, through their attorneys, subject to court approval, hereby jointly request that the Court vacate the entry of default against Plymouth Environmental Co., Inc. and dismiss

the Third-Party Complaint against it.

| TIGHE, COTTRELL & LOGAN, P.A.<br><br>*/s/ Michael K. Tighe*<br>MICHAEL K. TIGHE (#29)<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899<br>Phone: 302-658-6400<br>*Attorney for Defendant, Third-Party Plaintiff Plymouth Environmental Co., Inc.* | WHITE AND WILLIAMS LLP<br><br>*/s/ Doerler*<br>WILLIAM L. DOERLER (#3627)<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709<br>Phone: 302.467.4508<br>*Attorney for Defendants, Third-Party Plaintiffs Benjamin Banneker Elementary School and Milford School District* |
|---|---|
| Rosen, Moss, Snyder & Bleefeld, L.L.P.<br><br>*/s/ Mark H. Snyder*<br>MARK H. SNYDER (#3791)<br>8380 Old York Road, Suite 410<br>Elkins Park, PA 19027<br>Phone: 215-935-0315<br>*Attorney for Plaintiffs* | |

IT IS SO ORDERED this _____ day of _____, 2006.

_____
J.

-2-