*824 N. Market Street, Suite 902*  *William L. Doerler*
*P.O. Box 709*  *Direct Dial: 302.467.4508*
*Wilmington, DE  19899-0709*  *Direct Fax: 302.467.4548*
*Phone: 302.654.0424*  *doerlerw@whiteandwilliams.com*
*Fax: 302.654.0245*

September 25, 2006

**VIA EFILE**
The Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 8
Wilmington, DE  19801

      **RE:  Mahoney v. Benjamin Banneker Elementary School, et al.**
           **C.A. No. 05-163**
           **Our File No. 16869-D0107**

Dear Judge Sleet:

    I am writing to advise the Court that the parties in the above referenced matter have settled the case.  Once the appropriate releases and checks have been exchanged between the parties, we will file a Stipulation of Dismissal.

    If you have any questions regarding the settlement of this case, I am available at the convenience of the Court.

                        Respectfully submitted,

                        WHITE AND WILLIAMS LLP

                By:   /s/ William L. Doerler
                        William L. Doerler

WLD:mw

cc:    Marc H. Snyder, Esquire