IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and ) | |
| TINA MAHONEY, h/w ) | CIVIL ACTION NO. 05-163 GMS |
|     *Plaintiffs* ) | |
|   v. ) | |
| BENJAMIN BANNEKER ELEMENTARY ) | |
| SCHOOL and MILFORD SCHOOL DISTRICT ) | TRIAL JURY OF TWELVE |
|     *Defendants, Third-Party Plaintiffs* ) | DEMANDED |
| ) | |
| ) | **E-FILE** |
| ) | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties, through their counsel, subject to approval by the Court, that all claims in this action is hereby dismissed, with prejudice.

**ROSEN, MOSS, SNYDER & BLEEFELD, L.L.P.**        **WHITE AND WILLIAMS LLP**

By:   /s/ Marc H. Snyder (#3791)                By:  /s/ William L. Doerler (#3627)
    8380 Old York Road, Suite 410              1800 One Liberty Place
    Elkins Park, PA 19027                       Philadelphia, PA 19103-7395
    Tel. 215-935-0315                           Tel. 9215) 864-6383
    msnyder@frankandrosenlaw.com                doerlerw@whitewilliams.com
    *Counsel for Plaintiffs, James Mahoney*     *Counsel for Defendants/Third-Party*
    *and Tina Mahoney, h/w*                     *Plaintiffs, Benjamin Banneker Elementary*
                                                *School and Milford School District*

    SO ORDERED this _____ day of _____, 2007.

                                                    _____
                                                    Judge Gregory M. Sleet

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAHONEY and<br>TINA MAHONEY, h/w<br>    *Plaintiffs*<br>  v.<br>BENJAMIN BANNEKER ELEMENTARY<br>SCHOOL and MILFORD SCHOOL DISTRICT<br>    *Defendants, Third-Party Plaintiffs* | CIVIL ACTION NO.  05-163 GMS<br><br><br>TRIAL JURY OF TWELVE<br>DEMANDED<br><br>**E-FILE** |

## CERTIFICATE OF SERVICE

I, William L. Doerler, hereby certify that on the date shown below, the foregoing Stipulation of Dismissal was filed electronically and made available for viewing and downloading from the Electronic Filing System. I further certify that I served a copy of this Stipulation on counsel of record via first-class mail addressed as follows:

Marc H. Snyder, Esquire
ROSEN, MOSS, SNYDER & BLEEFELD, L.L.P.
8380 Old York Road, Suite 410
Elkins Park, PA  19027

/s/ William L. Doerler (#3627)

Date:  February 22, 2007

PHLDMS1 3029208v.2